ROBERT P. VARIAN (SBN 107459)
Email:  rvarian@orrick.com
JAMES N. KRAMER (SBN 154709)
Email:  jkramer@orrick.com
ALEXANDER K. TALARIDES (SBN 268068)
Email:  atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendants Electronic Arts, Inc., Andrew Wilson, Lawrence F. Probst III, Blake J. Jorgensen, Peter Robert Moore, Frank D. Gibeau, and Patrick Söderlund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ELECTRONIC ARTS, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 3:13-cv-05837-SI<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND ENLARGING PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS** |

1    WHEREAS, on December 17, 2013, Ryan Kelly filed a putative class action complaint, *Kelly v. Electronic Arts, Inc.*, No. 3:13-cv-05837 (the "*Kelly* Action"), against defendants Electronic Arts, Inc. ("Electronic Arts"), Andrew Wilson, Blake Jorgensen, Patrick Söderlund, Frank D. Gibeau, Lawrence F. Probst III, and Peter Robert Moore (collectively, "Defendants"), alleging violations of the Securities Exchange Act of 1934 on behalf of purchasers of Electronic Arts common stock between July 24, 2013 and December 4, 2013 (the "Class Period");

WHEREAS, on January 13, 2014, Louis Mastro filed a putative class action complaint, *Mastro v. Electronic Arts, Inc.*, No. 3:14-cv-00188 (the "*Mastro* Action"), against the same Defendants as the *Kelly* Action and alleging the same claims on behalf of the same putative class;

WHEREAS, on January 22, 2014, the Court entered an order (the "Consolidation Order") consolidating the *Kelly* and *Mastro* Actions under the caption *In re Electronic Arts, Inc. Securities Litigation*, Master File No. 3:13-cv-05837-SI (the "Consolidated Action");

WHEREAS, on February 25, 2014, the Court entered an order pursuant to the Private Securities Litigation Reform Act of 1995 appointing Ryan Kelly and Louis Mastro (collectively, "Lead Plaintiffs") to serve as Lead Plaintiffs in this Consolidated Action, and approved Robbins Geller Rudman & Dowd LLP and Pomerantz LLP as Lead Counsel ("Lead Counsel for Lead Plaintiffs and the Class");

WHEREAS, on April 11, 2014, Lead Plaintiffs filed a Consolidated Complaint for Violations of the Federal Securities Laws (the "Consolidated Complaint");

WHEREAS, under the Consolidation Order, the deadline for Defendants to file their motion to dismiss the Consolidated Complaint is May 26, 2014 (the "Motion to Dismiss Filing Deadline");

WHEREAS, Defendants would like to extend the Motion to Dismiss Filing Deadline by two weeks, to June 9, 2014, and Lead Counsel for the Lead Plaintiffs and the Class have stipulated to the requested extension;

WHEREAS, in order to ensure that the Parties fully address all issues thoroughly and in a manner beneficial to the Court, the Parties agree that the page limits by the local rules of the Court should be enlarged;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel, subject to approval of the Court, that:

1. The briefing schedule on Defendants' motion to dismiss the Consolidated Complaint shall be as follows:

    - Defendants' Opening Brief due:        June 9, 2014
    - Lead Plaintiffs' Opposition Brief due:    July 24, 2014
    - Defendants' Reply Brief due:           August 14, 2014

2. The page limits for Defendants' Opening Brief and Lead Plaintiffs' Opposition Brief shall be as follows: Defendants' Opening Brief shall be no longer than twenty-eight (28) pages; and Lead Plaintiffs' Opposition Brief shall be no longer than thirty (30) pages.

IT SO STIPULATED.

Dated: May 12, 2014                ROBERT P. VARIAN
                                   JAMES N. KRAMER
                                   ALEXANDER K. TALARIDES
                                   Orrick, Herrington & Sutcliffe LLP


                                          */s/ Alexander K. Talarides*
                                            Alexander K. Talarides
                                            *Attorneys for Defendants*

*I, Alexander K. Talarides, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Shawn Williams has concurred in this filing.*

Dated: May 12, 2014                SHAWN WILLIAMS
                                   SAMUEL RUDMAN
                                   MARY BLASY
                                   Robbins Geller Rudman & Dowd


                                          */s/ Shawn Williams*
                                            SHAWN WILLIAMS
                                   *Co-Lead Counsel for Lead Plaintiffs and the Class*

2

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE AND ENLARGING PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS - (MASTER FILE NO. 3:13-cv-05837-SI)

## **ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved. Hearing: 8/29/14 at 9 a.m.

It is so ORDERED.

DATED: 5/13/14

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE AND ENLARGING PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS - (MASTER FILE NO. 3:13-CV-05837-SI)