ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
MATTHEW S. MELAMED (260272)
EKATERINI M. POLYCHRONOPOULOS (284838)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
mmelamed@rgrdlaw.com
katerinap@rgrdlaw.com

POMERANTZ LLP
JEREMY A. LIEBERMAN
LESLEY F. PORTNOY
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
lfportnoy@pomlaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ELECTRONIC ARTS, INC. SECURITIES LITIGATION | Master File No. 3:13-cv-05837-SI |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |
| ALL ACTIONS. | |

1

**TABLE OF CONTENTS**

2

**Page**

3   I.      INTRODUCTION ..................................................................................................1

4   II.     SUMMARY OF THE COMPLAINT.................................................................5

5   III.    LEGAL STANDARD...........................................................................................7

6   IV.     ARGUMENT ........................................................................................................8

7           A.      The Complaint Alleges with Particularity that Defendants Made
                    Materially False and Misleading Statements ..............................................8

8
                    1.      Defendants Falsely Represented that EA Had De-Risked the
9                           Technology Side of and Created a Low-Risk Development
                            Environment for *Battlefield 4* ........................................................8
10
                    2.      Defendants Falsely Represented that EA Was Battle-Tested and
11                          Ready to Launch *Battlefield 4* Due to Close Work with the Next-
                            Generation Console Developers ...................................................10
12
                    3.      The Extent of *Battlefield 4*'s Problems at Launch and EA's
13                          Decision Ordering DICE to Cease All Future Projects in Order to
                            Fix *Battlefield 4* Confirm Falsity ..............................................12
14
                    4.      The Complaint Adequately Alleges that Each of the False and
15                          Misleading Statements Was Material .........................................14

16          B.      The Complaint Details Factual Allegations Raising a Strong Inference that
                    Defendants Acted with Scienter..............................................................16
17
                    1.      Defendants Knew About and Deliberately Downplayed the
18                          Development Risks of *Battlefield 4* When they Represented that Its
                            Technology Side Was De-Risked and Development Was Low Risk ........16
19
                    2.      Defendants Knew or Recklessly Disregarded that EA was Not
20                          Battle-Tested or Ready to Launch *Battlefield 4* and that Close
                            Work with the Next-Generation Console Developers was
21                          Necessary Because the Consoles Were Unfinished for the Majority
                            of Its Development.......................................................................17
22
                    3.      The Magnitude and Severity of *Battlefield 4*'s Defects Support the
23                          Strong Inference that Defendants Made the Misrepresentations
                            with Scienter ...............................................................................19
24
                    4.      Post-Class Period Events and Admissions Confirm Scienter...................19
25
                    5.      *Battlefield 4*'s Successful Launch Was Core to EA's Success.................21
26
                    6.      Defendants Were Motivated to Capitalize on Insider Sales and
27                          Drive Advanced *Battlefield 4* Sales ...........................................23

28          C.      Defendants Do Not Contest Loss Causation......................................................25

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - i -

1

2                                                                                                    **Page**

3
V.      CONCLUSION AND REQUEST FOR LEAVE TO AMEND ........................................26
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI

# TABLE OF AUTHORITIES

**Page**

## CASES

*Asher v. Baxter Int'l Inc.*,
377 F.3d 727 (7th Cir. 2004) ...................................................................................15, 16, 25

*Berson v. Applied Signal Tech., Inc.*,
527 F.3d 982 (9th Cir. 2008) ...............................................................................................7, 22

*Brodsky v. Yahoo! Inc.*,
592 F. Supp. 2d 1192 (N.D. Cal. 2008) ...............................................................................23

*Casella v. Webb*,
883 F.2d 805 (9th Cir. 1989) ...............................................................................................14

*City of Monroe Emps. Ret. Sys. v. Bridgestone Corp.*,
399 F.3d 651 (6th Cir. 2005) ...........................................................................................20, 22

*Eminence Capital, L.L.C. v. Aspeon, Inc.*,
316 F.3d 1048 (9th Cir. 2003) ...............................................................................................26

*Fecht v. Price Co.*,
70 F.3d 1078 (9th Cir. 1995) ...............................................................................................16

*Ganino v. Citizens Utils. Co.*,
228 F.3d 154 (2d Cir. 2000) ...............................................................................................16

*Hanon v. Dataproducts Corp.*,
976 F.2d 497 (9th Cir. 1992) ...............................................................................................12

*In re Connetics Corp. Sec. Litig.*,
542 F. Supp. 2d 996 (N.D. Cal. 2008) ...............................................................................12

*In re Convergent Techs. Sec. Litig.*,
948 F.2d 507 (9th Cir. 1991) ...............................................................................................8

*In re Daou Sys.*,
411 F.3d 1006 (9th Cir. 2005) ...........................................................................................7, 25

*In re Hi/fn, Inc. Sec. Litig.*,
No. C 99-4531 SI, 2000 U.S. Dist. LEXIS 11631
(N.D. Cal. Aug. 9, 2000) ...............................................................................................23

*In re Impax Labs., Inc. Sec. Litig.*,
No. C 04-04802 JW, 2008 U.S. Dist. LEXIS 104485
(N.D. Cal. Apr. 17, 2008) ...............................................................................................12

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - iii -

**Page**

*In re Merck & Co. Sec. Litig.,*
   432 F.3d 261 (3d Cir. 2005)...............................................................................20

*In re PMI Grp., Inc.,*
   No. C 08-1405 SI, 2009 U.S. Dist. LEXIS 56709
   (N.D. Cal. July 1, 2009).....................................................................................7

*In re Scholastic Corp. Sec. Litig.,*
   252 F.3d 63 (2d Cir. 2001)...........................................................................13, 20

*In re Silicon Graphics Sec. Litig.,*
   183 F.3d 970 (9th Cir. 1999).............................................................................23

*In re Toyota Motor Corp. Sec. Litig.,*
   No. CV 10-922 DSF, 2012 U.S. Dist. LEXIS 124438
   (C.D. Cal. Mar. 12, 2012) .................................................................................13

*In re VeriFone Holdings, Inc. Sec. Litig.,*
   704 F.3d 694 (9th Cir. 2012) ............................................................................22

*Institutional Investors Grp. v. Avaya, Inc.,*
   564 F.3d 242 (3d Cir. 2009)..............................................................................14

*Johnson v. Aljian,*
   394 F. Supp. 2d 1184 (C.D. Cal. 2004),
   aff'd, 490 F.3d 778 (9th Cir. 2007).....................................................................24

*Kaplan v. Rose,*
   49 F.3d 1363 (9th Cir. 1994) ..............................................................................8

*Lee v. City of Los Angeles,*
   250 F.3d 668 (9th Cir. 2001) ............................................................................24

*Lormand v. US Unwired, Inc.,*
   565 F.3d 228 (5th Cir. 2009) ............................................................................20

*Makor Issues & Rights, Ltd. v. Tellabs Inc.,*
   437 F.3d 588 (7th Cir. 2006) ............................................................................14

*Matrixx Initiatives, Inc. v. Siracusano,*
   __U.S.__, 131 S. Ct. 1309 (2011)........................................................................8

*McCasland v. FormFactor,*
   No. C 07-5545 SI, 2009 U.S. Dist. LEXIS 59996
   (N.D. Cal. July 14, 2009)..............................................................................18, 22

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - iv -

Page

*Miller v. Thane Int'l, Inc.*,
519 F.3d 879 (9th Cir. 2008) ..................................................................7

*No. 84 Employer-Teamster Joint Counsel Pension
Trust Fund v. Am. W. Holding Corp.*,
320 F.3d 920 (9th Cir. 2003) ..........................................................15, 25

*Novak v. Kasaks*,
216 F.3d 300 (2d Cir. 2000)..........................................................13, 17

*Plotkin v. IP Axess, Inc., Etc.*,
407 F.3d 690 (5th Cir. 2005) ................................................................20

*Police Ret. Sys. v. Intuitive Surgical, Inc.*,
No. 12-16430, 2014 U.S. App. LEXIS 13530
(9th Cir. July 16, 2014)........................................................................21

*Provenz v. Miller*,
102 F.3d 1478 (9th Cir. 1996) ..............................................................16

*Pub. Pension Fund Grp. v. KV Pharm. Co.*,
679 F.3d 972 (8th Cir. 2012) ..................................................15, 20, 25

*Reese v. Malone*,
747 F.3d 557 (9th Cir. 2014) ..................................................... *passim*

*Ronconi v. Larkin*,
253 F.3d 423 (9th Cir. 2001) ................................................................24

*S. Ferry LP #2 v. Killinger*,
399 F. Supp. 2d 1121 (W.D. Wash. 2005)..............................................15

*S. Ferry LP v. Killinger*,
542 F.3d 776 (9th Cir. 2008) ........................................17, 21, 22, 23

*Schuster v. Symmetricon, Inc.*,
No. C-94-20024-RMW, 2000 U.S. Dist. LEXIS 22549
(N.D. Cal. Aug. 11, 2000).....................................................................16

*Tellabs, Inc. v. Makor Issues & Rights, Ltd.*,
551 U.S. 308 (2007).....................................................................8, 14, 23

*United States SEC v. E-Smart Techs.*,
No. 11-895 (JEB), 2014 U.S. Dist. LEXIS 31629
(D.D.C. Mar. 12, 2014)..........................................................................22

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI
- v

Page

*United States v. Reyes*,
    660 F.3d 454 (9th Cir. 2011) ................................................19

*Warshaw v. Xoma Corp.*,
    74 F.3d 955 (9th Cir. 1996) ................................................14

*Zucco Partners, L.L.C. v. Digimarc Corp.*,
    552 F.3d 981 (9th Cir. 2009) ................................................25


**STATUTES, RULES AND REGULATIONS**

15 U.S.C.
    §78-u4(B) ................................................12
    §78j(b) ................................................1, 7, 8, 25
    §78t(a) ................................................1, 25

Federal Rules of Civil Procedure
    Rule 9(b) ................................................7
    Rule 12(b)(6) ................................................8
    Rule 15(a)(2) ................................................26

17 C.F.R.
    §240.10b-5 ................................................1, 7

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - vi-

# I.    INTRODUCTION

In this securities class action, plaintiffs allege particularized facts raising a strong inference that Electronic Arts, Inc. ("EA" or the "Company") and its CEO Andrew Wilson ("Wilson"), CFO Blake J. Jorgensen ("Jorgensen"), COO Peter Robert Moore ("Moore") and President of EA Labels Frank D. Gibeau ("Gibeau"), knowingly or recklessly made materially false and misleading statements about the development and performance of EA's key new video game *Battlefield 4* in violation of Securities Exchange Act ("1934 Act") §10(b) and corresponding SEC Rule 10b-5, causing millions of dollars in losses to persons who purchased the Company's stock between May 8, 2013 and December 5, 2013, inclusive (the "Class Period").[1]  Specifically, the Complaint alleges that defendants knowingly or recklessly made two sets of materially false and misleading statements regarding *Battlefield 4*.

First, defendants falsely and repeatedly stated that the technology underlying *Battlefield 4* had been de-risked, thus ensuring a low-risk development environment.  ¶¶62, 69, 74.[2]  These statements gave investors a materially false impression of the risks associated with *Battlefield 4*'s development.  As the Complaint alleges with particularity, *Battlefield 4*'s development process had not been de-risked as represented.  Rather, the technical development process for *Battlefield 4* could not have been de-risked in light of the complexities associated with the game's development, which in fact increased the development risks already present.  ¶¶79-80, 94, 114-116.  *Battlefield 4* was simultaneously developed across five separate platforms including two next-generation consoles, XBox One and PlayStation 4, that were not yet complete, and defendants attempted to maximize the potential of the next-generation consoles by developing the game using high-risk code that made it more prone to crashes and more difficult to debug.  *Id.*

---

[1]    The Complaint states claims against the individual defendants listed above, as well as former CEO Lawrence F. Probst III ("Probst") and Vice President of EA Studios Patrick Söderlund ("Söderlund"), under §20(a) of the 1934 Act.  ¶1.  Probst and Söderlund, together with the other defendants – EA, Wilson, Jorgensen, Moore and Gibeau – are referred to collectively herein as "defendants."

[2]    All "¶_" and "¶¶_" references are to the Consolidated Complaint for Violations of the Federal Securities Laws ("Complaint").  All emphasis added and citations omitted unless otherwise noted.

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 1 -

Second, knowing that the technology had not been de-risked as represented, Wilson, Jorgensen and Moore doubled-down on the date that *Battlefield 4* was initially launched by falsely representing that the Company was battle-tested and ready for the console transition, and had not experienced problems readying games for the next-generation consoles, due to EA's close cooperation with next-generation console manufacturers Microsoft and Sony.  ¶¶83-86.  These false statements magnified investors' false impression of the Company's and *Battlefield 4*'s readiness for the next-generation consoles.   In truth, the next-generation consoles were unfinished during *Battlefield 4*'s development, which resulted in development delays and insufficient time for testing. These facts were known to defendants, who admitted they worked closely with Microsoft and Sony and had already received extremely negative feedback from reporters and numerous customers about game-breaking issues in the version released on the three existing platforms.   ¶¶79-80, 84, 91-92, 94, 114-116.  The numerous, serious problems present at *Battlefield 4*'s launch are further evidence that defendants' misrepresentations created a materially different impression than reality.  ¶¶91-92, 95-102.  The game was "broken" at launch.  ¶92.

The context in which defendants made the false statements establishes their materiality and crystalizes the false impressions they left on the investing public.  The Complaint details EA's extensive history of prior game-launch and console-transition failures.  ¶¶40-54, 62, 69, 74, 84, 86. In the five months immediately preceding the Class Period, defendants conceded that the Company's failings had led to three admittedly botched game launches, promising lessons learned each time. ¶¶40-54.  Many of the false statements explicitly acknowledged the Company's prior console-transition failure.  ¶¶62, 69, 74, 84, 86.  Investors were openly skeptical about both EA's ability to successfully launch *Battlefield 4* and transition to the next-generation consoles.  ¶¶35-36, 43-44, 54, 56, 58, 62, 64, 69, 74.  Defendants' misrepresentations were intended to quell investors' concerns, which they did.

The Complaint also alleges facts giving rise to a strong inference that defendants knowingly or recklessly made the false and misleading statements.  *Battlefield 4*'s development was core to the Company's success.  ¶¶127-129.  Defendants' and other Company executives' statements show that they were paying close attention to *Battlefield 4*'s development.   ¶¶33-35, 62, 69, 72, 74, 83. The

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 2

1   game's executive director and other developers detailed challenges and admit that the next-

2   generation consoles were not finished until late in the *Battlefield 4* development process, resulting in

3   insufficient time to test and debug the game.  ¶¶80, 94, 114-116.  Defendants were also highly

4   motivated to drive pre-sales (sales made prior to the game's release) and to meet a pre-determined

5   launch date in order beat the game's primary competitor *Call of Duty* to market, launch

6   coextensively with XBox One and PlayStation 4 and drive strong Christmas-season sales. ¶¶63, 71-

7   72, 80, 83, 94, 108.  The strong inference of scienter is further supported by defendants' insider

8   sales, including two massive sales ***immediately before*** the game's next-generation debut, providing

9   strong evidence that defendants expected the truth about *Battlefield 4* to be revealed shortly after it

10  launched.  ¶¶122-123.  It was.

11          On November 15, 2013, when *Battlefield 4* launched on the newly-released PlayStation 4

12  next-generation console, EA's stock price began to slide on reports of the game's extreme defects.

13  ¶¶95, 140.  On December 4, 2013, Wilson revealed that EA still had a way to go to fix the game,

14  which was the Company's number one priority.  ¶106.  As a result, he announced that DICE would

15  cease work on all other development projects, including the highly-anticipated games *Star Wars:*

16  *Battlefront* and *Mirror's Edge*, until it had fixed *Battlefield 4*. ¶¶106-108.  EA's stock price fell 6%

17  in heavy trading that an article published in *Forbes* called "understandable" due to the "extensive

18  problems with one of EA's signature games," *Battlefield 4*, and "the ripple effect it could have

19  through [EA's] lineup" as a result of DICE halting work on additions to *Battlefield 4* and the

20  development of other highly-anticipated games.  ¶111.  *Battlefield 4* took so long to fix that DICE

21  was unable to turn its attention back to other games until three months after the end of the Class

22  Period.  ¶¶119-120.

23          Defendants sing a familiar refrain about why they should not be held responsible for millions

24  of dollars in investor losses: the statements were not false when made, the statements were

25  immaterial puffery, scienter is not pled adequately.  But defendants' motion ignores or misconstrues

26  plaintiffs' allegations, analyzes facts out of context and in isolation while attempting to force a fit

27  between square pegs (the well-pled factual allegations) and round holes (their summation of the

28  law), and argues against straw men.

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 3 -

1    For example, defendants incorrectly contend that the Complaint alleges that defendants

2    promised a problem-free launch, then proceed to argue why statements to that effect are not

3    actionably false.  Memorandum of Points and Authorities in Support of Defendants' Motion to

4    Dismiss (Dkt. No. 26) ("Mem.") at 1, 13-14.  In fact, the Complaint alleges that defendants

5    deliberately underplayed the known risks associated with the development and launch of *Battlefield*

6    *4* and falsely claimed there was nearly no risk of repeating past failures.  Defendants contend that the

7    absence of confidential witness allegations means that the factual allegations lack corroboration.  *Id.*

8    at 17-20.  The Private Securities Litigation Reform Act of 1995 ("PSLRA") contains no requirement

9    that complaints use confidential witnesses and none are needed here since defendants admit the

10   technology did not work, shut down development on all of DICE's other products, and unloaded

11   millions in stock just days before the game's release on the next-generation consoles.

12   Defendants also ignore the factual allegations in favor of purported facts they offer.  But

13   defendants' purported facts do not control, nor do they address the Complaint's allegations.  It is

14   immaterial to this case whether *Battlefield 4* ultimately sold well or whether EA's games as a whole

15   were among the most purchased games on the next-generation consoles.  Mem. at 14-15. These

16   purported facts do not undermine the Complaint's allegations that defendants knowingly created a

17   false impression of the risks associated with the development of *Battlefield 4* and the Company's

18   readiness for *Battlefield 4*'s launch.

19   To make the argument that their false statements are inactionable puffery, defendants strip

20   the Complaint's allegations of context, cutting phrases from paragraphs and ignoring the Company's

21   history.  Mem. at 9-12.  But the law provides that whether a statement is puffery is wholly context

22   dependent, and the context here provides a clear demonstration that the false and misleading

23   statements were material.

24   When viewed holistically, the numerous and particularized facts alleged are more than

25   sufficient to raise a cogent and compelling inference that defendants knowingly or recklessly made

26   materially false and misleading statements that caused economic losses to class members.

27   Accordingly, defendants' motion should be denied.

28

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 4 -

## II.   SUMMARY OF THE COMPLAINT

Because the detailed facts of the Complaint are discussed above and included in the Argument section of this brief, only a short description is included here.  Prior to and during the Class Period, EA developed, marketed, published and distributed video game software content and services, and was the third-largest gaming company in the world by revenues. ¶2.  The *Battlefield* franchise, developed and published by EA's wholly-owned and operated "label" DICE, was one of its most popular games.  ¶¶29-31.

Entering the Class Period, the Company's anticipated late-2013 launch of *Battlefield 4* was the Company's most important offering in terms of projected FY14 revenues, EPS, and stock valuation.[3]  ¶¶34-36, 39, 56, 72, 88.  The other important event in FY14 was the launch of Sony's and Microsoft's next-generation consoles, the PlayStation 4 and XBox One.  ¶¶35-36, 43-44, 72.  The importance of *Battlefield 4* to EA and investors was heightened by the speculation and, as of May 21, 2013, confirmation that the game would be available on the next-generation consoles as soon as they became available.  ¶66.  At the same time, due to the Company's extensive history of game-launch and console-transition failures, investors and consumers were skeptical about EA's ability to launch *Battlefield 4* without significant problems.  ¶¶40-54, 58, 62, 69, 74.

As detailed in the Complaint and explained below, plaintiffs allege that Wilson, Jorgensen, Moore and Gibeau made false and misleading statements about de-risking *Battlefield 4*'s development and EA's readiness to launch *Battlefield 4*.  First, in response to investor and customer concerns about the Company's prior game-launch and console-transition failures, Moore and Gibeau falsely minimized the risks associated with developing *Battlefield 4*, repeatedly representing that the Company had remedied the causes of past failures by de-risking the technology underlying *Battlefield 4*, thereby creating a low-risk development environment:

- On May 7, 2013, Gibeau represented that "in comparison to last transition, we're in a much better state as a company in terms of our development. . . . [O]ur investment in Frostbite and EA SPORTS over the last year has really put us in a position where the technology side or the engine side of this transition has largely been de-risked."  ¶62.

---

[3]   The Company reported on a fiscal year that ran from April 1 to March 31.  As used herein, "FY" stands for fiscal year.  Thus, FY14 means EA's fiscal year 2014, April 1, 2013 to March 31, 2014.

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI       - 5 -

- On June 12, 2013, in response to a question about what had "tripped you guys up" during the last console transition, Moore represented that "we learned from that, and for this cycle, we have started early on Ignite and Frostbite 3, and derisk the technology engine component of making the transition. So from the standpoint of picking the wrong platforms, I think we did a good job [during the last transition] but we've mismanaged the technology. That's not happening this time around." ¶69.

- On July 23, 2013, again in response to a question about the problems EA experienced during the last transition, Gibeau represented that this time "we wanted to de-risk the technology piece as much as possible. That was the key learning. . . . I was not going to repeat that mistake. . . . Frostbite has been the core difference. When you have a proven technology base with tools that work . . . it makes for efficient and low-risk development." ¶74.

Second, on October 29, 2013, the date *Battlefield 4* launched for already existing platforms and just weeks before it would launch on the next-generation consoles as they became available, Wilson, Jorgensen and Moore falsely represented the game's readiness to launch and the Company's readiness for the next-generation console transition:

- Jorgensen represented that "Q3 represents more than 40% of our total non-GAAP revenue, and 98% of our annual EPS. Similar to the World Series . . . the next few months will determine the success of our fiscal year. Our team is battle-tested and ready, and today, we are sending our ace, *Battlefield 4*, to the mound." ¶83.

- Wilson represented that "as we approach this transition, I would say we started work earlier than we had ever done before, and we worked more closely with both Microsoft and Sony throughout the entire process, and the end result is, we have a launch slate of games that are the best transition games that I've ever seen to come out of this Company. . . . I think we are starting this console generation far stronger than we've done before." ¶84.

- Moore represented that "We've not had some of the problems our fellow publishers in the industry have in getting our quality titles ready for next gen. We feel, as we have said on previous earning calls, we're well ahead of this transition, and we're going to nail it." ¶85.

- In response to a question about how bullish he was about the next-generation console cycle, Wilson represented that "[w]hen you look at the success of a console generation, it's the combination of two things. Great consoles and great software. And as I talked about earlier, I think that our launch software this time is head and shoulders above where we were last time . . . . So we are certainly bullish as we come into this platform generation, particularly as well as we have executed." ¶86.

Defendants' false and misleading statements caused EA's stock price to trade at artificially inflated levels throughout the Class Period. ¶¶137-142. EA's stock price began to slide when *Battlefield 4* was released on next-generation consoles, and investors began to react to extremely

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 6 -

1   negative reports.  ¶¶95, 140.  On December 4, 2013, one month after *Battlefield 4* became available

2   to customers, Wilson acknowledged that the Company had "a ways to go with fixing" the game and

3   ordered DICE to cease all other projects until it was fixed:

> *We know we still have a ways to go with fixing the game* – it is absolutely our #1
> priority.  The team at DICE is working non-stop to update the game. . . . *[W]e're not*
> *moving onto future projects or expansions until we sort out all the issues with*
> *Battlefield 4*.  We know many of our players are frustrated, and we feel your pain.
> We will not stop until this is right.

7   ¶106.  The truth removed the artificial inflation from EA's stock price, sending it down to $21.01,

8   6% down from the day before a 33% down from the Class Period high.  ¶¶110, 142.

9   **III.   LEGAL STANDARD**

10          Plaintiffs allege that defendants violated §10(b) of the Securities Exchange Act of 1934 and

11   corresponding SEC Rule 10b-5.  To sufficiently plead a Rule 10b-5 violation, a plaintiff must

12   adequately allege: "(1) a material misrepresentation or omission of fact, (2) scienter, (3) a connection

13   with the purchase or sale of a security, (4) transaction and loss causation, and (5) economic loss."[4]

14   *In re Daou Sys.*, 411 F.3d 1006, 1014 (9th Cir. 2005).

15          To plead that a material misrepresentation or omission was made under §10(b) and Rule 10b-

16   5, a complaint must satisfy the dual pleading requirements of Federal Rule of Civil Procedure 9(b)

17   and the PSLRA by stating with particularity: (i) each statement alleged to have been false or

18   misleading and the reason or reasons why the statement was false or misleading; and (ii) facts giving

19   rise to a strong inference that the defendant acted with the required state of mind.  *Reese v. Malone*,

20   747 F.3d 557, 568 (9th Cir. 2014).   A statement is actionable under §10(b) if it creates an

21   "impression of a state of affairs that differs in a material way from the one that actually exists."

22   *Berson v. Applied Signal Tech., Inc.*, 527 F.3d 982, 985 (9th Cir. 2008); *In re PMI Grp., Inc.*, No.

23   C 08-1405 SI, 2009 U.S. Dist. LEXIS 56709, at *25 (N.D. Cal. July 1, 2009).  A statement may not

24   be analyzed in isolation; rather, the context in which it is made must be considered.  *Miller v. Thane*

25

26   [4]   Defendants' motion to dismiss does not challenge the Complaint's allegations of a connection
     between the misrepresentation or omission and the purchase or sale of a security, transaction or loss
27   causation, or economic loss.  *See generally* Mem.  This brief therefore focuses on the sufficiency of
     the Complaint's allegations that defendants made material misrepresentations or omissions with
28   scienter.

1   *Int'l, Inc.*, 519 F.3d 879, 886 (9th Cir. 2008) (citing *Kaplan v. Rose*, 49 F.3d 1363, 1372 (9th Cir.

2   1994)).  Even a literally accurate statement may be actionable if it gives investors a false impression.

3   *In re Convergent Techs. Sec. Litig.*, 948 F.2d 507, 512 (9th Cir. 1991).   A false or misleading

4   statement is material if disclosure of the truth would have significantly altered the total mix of

5   information made available to investors.  *Matrixx Initiatives, Inc. v. Siracusano*, __U.S.__, 131 S.

6   Ct. 1309, 1318 (2011).

7       To satisfy the scienter requirement, a complaint must allege that the defendant made false or

8   misleading statements either intentionally or with deliberate recklessness.  *Reese*, 747 F.3d at 569.

9   The court "must review all the allegations holistically" as "[t]he relevant inquiry is 'whether **all** of

10  the facts alleged, taken collectively, give rise to a strong inference of scienter, not whether any

11  individual allegation, scrutinized in isolation, meets that standard.'"  *Id*. (quoting *Tellabs, Inc. v.*

12  *Makor Issues & Rights, Ltd.*, 551 U.S. 308, 323 (2007) (emphasis in original)).  "'[A] court must

13  consider plausible, nonculpable explanations for the defendant's conduct, as well as inferences

14  favoring the plaintiff'" and a motion to dismiss must be denied "'if a reasonable person would deem

15  the inference of scienter cogent and at least as compelling as any opposing inference one could draw

16  from the facts alleged.'" *Tellabs* 551 U.S. at 324.

17      When considering Federal Rule of Civil Procedure 12(b)(6) motion to dismiss a §10(b)

18  claim, the court "must, as with any motion to dismiss for failure to plead a claim on which relief can

19  be granted, accept all factual allegations in the complaint as true."  *Id*. at 322.

20  **IV.   ARGUMENT**

21      **A.   The Complaint Alleges with Particularity that Defendants Made**
            **Materially False and Misleading Statements**

22

23          **1.   Defendants Falsely Represented that EA Had De-Risked the**
                 **Technology Side of and Created a Low-Risk Development**
                 **Environment for *Battlefield 4***

24

25      On May 7, 2013, during EA's 4Q13 and FY13 earnings conference call, Gibeau falsely

26  represented that the Company had de-risked the technology side of *Battlefield 4*'s development and

27  other games being developed for next-generation consoles.  ¶62.  On June 12, 2013, at the Electronic

28  Entertainment Expo Conference, Moore falsely represented that EA had de-risked the technology

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI         - 8 -

1    component of the transition and reassured investors that, unlike the last transition, the Company had

2    not mismanaged the technology this time around.   ¶69.  On July 23, 2012, in an interview with

3    industry publication *GamesBeat*, Gibeau falsely represented that the Company would not repeat its

4    prior technology mistakes because the Company had de-risked the technology piece of *Battlefield*

5    *4*'s development, which was the core difference from the last transition, thereby creating a low-risk

6    development environment.  ¶74.  These representations were false and created the false impression

7    that EA had minimized the risks associated with the development of *Battlefield 4*.

8         In truth, because of the complexity of *Battlefield 4* and simultaneous console transition, the

9    technology side of *Battlefield 4* had not been de-risked and *Battlefield 4* was not being developed in

10   a low-risk environment.  ¶¶79-80, 94, 114-116.  The Complaint details facts reported by *Battlefield*

11   *4*'s Executive Producer Patrick Bach, who stated that EA undertook to develop the game

12   simultaneously for five distinct platforms and developed the game before the next-generation

13   consoles had been finished.  ¶¶79-80.  The Complaint cites a DICE developer who worked on the

14   game and explained that the purportedly de-risked technology platform Gibeau represented enabled

15   low-risk development was in fact being used to "squeez[e] out the maximum capacity" of multi-

16   processor PCs and next-generation consoles, which increased timing risks.  ¶¶114-115.  According

17   to the developer, whether such code worked or not was "a coincidence" and the different timing

18   associated with different consoles, combined with different background processes, heightened the

19   risk of crashes.  ¶115.  Despite the difficulty of developing a game at the same time as the hardware

20   that would be used to play it and the risks associated with the key decision to squeeze out the

21   maximum capacity of next-generation consoles with *Battlefield 4*'s code, Moore and Gibeau falsely

22   and repeatedly represented that the game's technology platform had been de-risked and that the

23   development process was low risk.  ¶¶70, 72, 74.

24        The falsity of these statements was recently confirmed in "detailed interviews" industry

25   publication *Eurogamer* conducted with Wilson and DICE's current general manager Karl-Magnus

26

27

28

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI        - 9 -

Troedsson.  ¶¶79-80, 94, 114-116; *EA addresses "unacceptable" Battlefield 4 launch*.[5]  During the interviews, Wilson admitted that *Battlefield 4* was, in fact, built "'on an unfinished platform with unfinished software,'" resulting in "'some things that can't get done until the very last minute because the platform wasn't ready to get done.'"  *EA addresses "unacceptable" Battlefield 4 launch* at 2.

Defendants attempt to recast the Complaint to allege that the de-risked and low risk statements guaranteed a "problem-free launch."  Mem. 13-14; *see also id.* at 1 ("unforeseen technical problems are inadequate to support a securities fraud claim").  Admittedly unfinished software programmed to run on unfinished next-generation consoles that was not adequately tested is not the product of a process that has been de-risked, nor do development decisions that significantly *increase* the risks of crashes constitute a low-risk development environment.  ¶¶79-80, 94, 114-116; *EA addresses "unacceptable" Battlefield 4 launch*.  The magnitude and significance of the defects that afflicted *Battlefield 4* at launch only support the conclusion that these statements were false when made.  ¶¶78(d), 91-92, 106, 119, 120.

## 2. Defendants Falsely Represented that EA Was Battle-Tested and Ready to Launch *Battlefield 4* Due to Close Work with the Next-Generation Console Developers

The Complaint alleges with particularly that on October 29, 2013, during EA's 2Q14 earnings conference call, defendant Jorgensen falsely represented that "[o]ur team is battle-tested and ready [for Q314], and today, we are sending our ace, *Battlefield 4*, to the mound."  ¶83.  On the same call, Wilson falsely represented that the Company's confidence was due to EA's early work on the transition games and closer work with next-generation console manufacturers Microsoft and Sony throughout the transition process, resulting in the best transition games ever produced by EA; that the Company's next-generation console launch software was head and shoulders above last time; and that EA's execution heading into the next-generation console transition led the Company to be bullish about its prospects for success.  ¶¶84, 86.  Moore also falsely represented that EA had

---

[5]   Wesley Yin-Poole, *EA addresses "unacceptable" Battlefield 4 launch*, Eurogamer.net (June 20, 2014),   http://www.eurogamer.net/articles/2014-06-19-ea-addresses-unacceptable-battlefield-4-launch ("*EA addresses "unacceptable" Battlefield 4 launch*"), attached hereto as Exhibit A.

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI        - 10 -

1    avoided problems its competitors faced in readying games for the next-generation consoles and that

2    the Company was well ahead of the next-generation console transition.   ¶85.

3            In truth, the Complaint alleges that, rather than being battle-tested and ready to launch with

4    software head and shoulders above prior iterations, as *Battlefield 4*'s launch date approached the

5    next-generation consoles still did not have finalized technical specifications.   ¶79.   Executive

6    Producer Bach reported that therefore the next-generation console manufacturers and EA were

7    constantly adapting and EA ended up being late developing *Battlefield 4*.   ¶80.   Thus, it was

8    misleading for Wilson to represent that the Company was launching its best transition games ever,

9    let alone their quality was due to starting development earlier than ever before and working closely

10   with next-generation console developers Microsoft and Sony throughout the entire process.   ¶84.

11   Rather, the close work with Microsoft and Sony was necessitated by the unfinished next-generation

12   consoles.   ¶80.

13           Moreover, EA wanted "more and more" features in *Battlefield 4* until the very end of the

14   project, which further contributed to the Company's inability to conduct the testing necessary to

15   identify and fix defects.   ¶94.   Even the beta test, on which defendants rely to demonstrate that

16   testing had not identified any game-breaking bugs (Mem. at 3, 16), was conducted only on existing

17   platforms, as next-generation consoles had not yet been made available for release.   In other words,

18   beta testing for *Battlefield 4* on next-generation consoles, which were being completed at the same

19   time as the game, could not have been done.   ¶79; *EA addresses 'unacceptable' Battlefield 4 launch*.

20   It was therefore misleading, at best, to declare that EA was battle-tested and ready to send its ace,

21   *Battlefield 4*, to the mound; that EA was well ahead of the next-generation console transition; or to

22   tout the Company's execution.   ¶¶83, 85.

23           Defendants incorrectly claim that defendants' October 29, 2013 statements are not actionable

24   because they post-date Lead Plaintiffs' Ryan Kelly and Louis Mastro ("Lead Plaintiffs") purchases

25   of EA stock.   Mem. at 8-9.   Lead Plaintiffs made purchases of EA stock after some the statements

26   alleged in the Complaint to have been false and misleading.   Request for Judicial Notice in Support

27   of Defendants' Motion to Dismiss (Dkt. No. 27) ("RJN"), Ex. VV (Lead Plaintiffs' trade

28   certifications).   The PSLRA requires only that a lead plaintiff be a "purported class member."

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI        - 11 -

1   15 U.S.C. §78-u4(B).  This Court has found lead plaintiffs adequate to bring allegations on behalf of

2   a class so long as the lead plaintiffs purchased stock after some, but not all, of the alleged false and

3   misleading statements.  *In re Connetics Corp. Sec. Litig.*, 542 F. Supp. 2d 996, 1004 (N.D. Cal.

4   2008).  The single Ninth Circuit case on which defendants rely is inapt, as it addresses claims by an

5   individual plaintiff, not those asserted on behalf of a class.  *Hanon v. Dataproducts Corp.*, 976 F.2d

6   497, 500 (9th Cir. 1992).[6]

7
           **3.**        **The Extent of *Battlefield 4*'s Problems at Launch and EA's
   Decision Ordering DICE to Cease All Future Projects in Order**
8                   **to Fix *Battlefield 4* Confirm Falsity**

9          The severity and pervasiveness of issues at *Battlefield 4*'s launch confirms the falsity of

10  defendants' representations that the development process had been de-risked and that EA was battle-

11  tested and ready.  ¶¶83-86.  Immediately after *Battlefield 4*'s launch on existing console and PC

12  platforms, which occurred earlier during the same day as the Company's 2Q14 earnings conference

13  call, customers noted numerous issues so severe that the game could not be played.[7]  ¶¶91-92.  For

14  example, customers wrote:

15   - "[I] just went [through] 2 used xboxs with 2 new BF4 games and received an
     error message saying it cant read disc each time.  [So I] went out and bought
16   a new xbox and a new copy of BF4 but still am getting the same error
     message.  WTF is all I can think lol.  ANY HELP??"

17
     - "Game stuck on 'initializing' (campaign) or 'joining server' (multiplayer)
18   another window never opens game never loads.  I have already: tried on
     multiple browsers, downloaded plugins, installed latest drivers, unplugged all
19   usb equipment, repaired install, and restarted client.  ***anyone have any idea
     how to make this 63$ paperweight work***?"

20
     - "***My computer will completely lock up*** (can't run any programs, can't
21   ctrl+alt+del to open task manager, can't right click taskbar to open task
     manager – nothing.  I HAVE to use the power button to turn my computer
22   off.  ***Everything is unresponsive***."

23

24  _____

    [6]    In the event that the Court finds the statements made prior to Lead Plaintiffs' purchases not
25  actionable, plaintiffs respectfully request that to the extent necessary they be allowed to substitute a
    lead plaintiff who made purchases after the statements the Court finds actionable.  *Cf. In re Impax*
26  *Labs., Inc. Sec. Litig.*, No. C 04-04802 JW, 2008 U.S. Dist. LEXIS 104485, at *19-26 (N.D. Cal.
    Apr. 17, 2008) (allowing plaintiffs to substitute lead plaintiff when motion to dismiss opinion
27  undermined previously-appointed lead plaintiff's loss causation allegation).

    [7]    *Battlefield 4* for all consoles used the same technology engine, Frostbite 3.  RJN, Ex. A.
28

¶91; *see also* ¶¶96-97, 101.  One reviewer provided access to *Battlefield 4* for next-generation consoles before October 30, 2013 reported that he and other advanced reviewers experienced a repeatedly occurring "game-crashing" error.  ¶93.  Once *Battlefield 4* launched, so did others.  ¶¶96-97.

These reports came to light before and in the immediate aftermath of defendants' representation that EA was entering the next-generation console transition battle-tested and ready.  ¶¶83-86.  One reporter for industry publication *GameInformer* wrote, "***I find it hard to believe the issues facing Battlefield 4 were a surprise to EA and DICE***."  ¶109.  In fact, *Battlefield 4* was so "broken" EA was required to order DICE to cease development of all future projects or expansions in order to focus all of its attention on fixing *Battlefield 4*.  ¶¶92, 106.  On December 4, 2013, Wilson revealed that "[w]e know we still have a ways to go with fixing the game – it is absolutely our #1 priority . . . . [W]e're not moving onto future projects or expansions until we sort out all the issues with *Battlefield 4*."  *Id.*  DICE was not able to turn its attention to other projects for months.  ¶119.  As an article published in *Forbes* on April 25, 2014 (after the Complaint was filed) explained:

> Battlefield 4, EA and Dice's latest entry into their flagship shooter series, hit the market on October 29, 2013. That is, for the record, nearly half a year ago. Here we are on April 25th, 2014, and Dice is still doing its best to fix massive bugs. . . .

> \*       \*       \*

> Battlefield 4 was barely operational for months after its original launch, only limping towards baseline functionality weeks after it first hit the market. . . .

> \*       \*       \*

> [T]he fact remains that EA sold a fundamentally broken product for $60 and still haven't quite been able to make it work. It's like selling a chair with one leg and sending each customer one extra leg to make up for it.[8]

These facts confirm the falsity of defendants' statements.  *See Novak v. Kasaks*, 216 F.3d 300, 313 (2d Cir. 2000) (post-Class Period facts may be used to demonstrate falsity and scienter); *In re Scholastic Corp. Sec. Litig.*, 252 F.3d 63, 72 (2d Cir. 2001) (same); *In re Toyota Motor Corp. Sec. Litig.*, No. CV 10-922 DSF (AJWx), 2012 U.S. Dist. LEXIS 124438 at \*23 (C.D. Cal. Mar. 12,

---

[8]   Dave Thier, *EA Is Still Having to Fix Battlefield 4*, Forbes (Apr. 25, 2014), http://www.forbes.com/sites/davidthier/2014/04/25/ea-is-still-having-to-fix-battlefield-4 ("*EA Is Still Having to Fix Battlefield 4*"), attached hereto as Exhibit B.

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI        - 13 -

2012) (same).  Defendants' assertion that their positive statements were justified when made and borne out by subsequent events is clearly incorrect.[9]  Mem. at 6, 14-15.

### 4. The Complaint Adequately Alleges that Each of the False and Misleading Statements Was Material

Defendants incorrectly contend that each of the statements alleged to have been false and misleading were immaterial statements of corporate optimism.  Mem. at 9-12.  But the false impression created by defendants' misrepresentations is made evident and exacerbated by the context in which they were made.  *Tellabs*, 551 U.S. at 322-23; *Warshaw v. Xoma Corp.*, 74 F.3d 955, 959 (9th Cir. 1996); *Casella v. Webb*, 883 F.2d 805, 808 (9th Cir. 1989).

The Complaint alleges that investors were closely attuned to statements about *Battlefield 4* and the next-generation console transition because *Battlefield 4* was "vitally important" to the Company's revenues.  ¶35; *see* ¶¶36, 43-44.  In addition, the Complaint alleges that EA had a disconcerting recent history of past game-launch and console-transition failures.  ¶¶40-54.  In the five months before the beginning of the Class Period, EA executives publicly addressed three separate game-launch failures.  ¶¶41, 46, 52.  Furthermore, defendants' own Class Period representations made clear their awareness of investor concern with EA's failure to navigate the last console transition. ¶¶62, 69, 74, 84, 86.

Entering the Class Period, investors were therefore wary about the Company's ability to successfully deliver *Battlefield 4*, let alone *Battlefield 4* for next-generation consoles.  ¶¶42-44, 54, 56, 58.  Given this context, statements about *Battlefield 4*'s de-risked technology platform and low-risk development environment, as well as the statements about EA's and *Battlefield 4*'s readiness for the next-generation console transition, were material to investors.  ¶¶62, 69, 74, 83-86.  Materiality is even more evident for defendants' Class Period representations that were made in response to analysts' questions about *Battlefield 4* and the next-generation console transition.  ¶¶62, 69, 96; *Makor Issues & Rights, Ltd. v. Tellabs Inc.*, 437 F.3d 588, 597 (7th Cir. 2006); *Institutional Investors Grp. v. Avaya, Inc.*, 564 F.3d 242, 270 (3d Cir. 2009).  Defendants' representations gave

---

[9]   Or, to the extent that defendants' assertion relates to events other than those related to the Complaint – including the awards *Battlefield 4* received prior to launch, the ultimate sales figures of *Battlefield 4* or the absence of other lawsuits related to the game (Mem. at 14-15) – irrelevant.

1   reasonable investors the "'impression of a state of affairs that differ[s] in a material way from the

2   one that actually exist[s].'" *Reese*, 747 F.3d at 570.  They were not statements so "on the extreme

3   edge of generality and vagueness" that they may be held immaterial of the pleading stage.  *S. Ferry*

4   *LP #2 v. Killinger*, 399 F. Supp. 2d 1121, 1129 (W.D. Wash. 2005).

5          The sharp decline in EA's stock price resulting from defendants' December 4, 2013

6   disclosure that *Battlefield 4* had so many problems that DICE would be  required to cease work on

7   all future projects until the game was fixed confirms materiality.  ¶¶106, 142; *see No. 84 Employer-*

8   *Teamster Joint Counsel Pension Trust Fund v. Am. W. Holding Corp.*, 320 F.3d 920, 935 (9th Cir.

9   2003) (market reaction supports finding materiality); *Pub. Pension Fund Grp. v. KV Pharm. Co.*,

10  679 F.3d 972, 983 (8th Cir. 2012) (significant stock price decline in reaction to disclosure is "strong

11  evidence" of materiality); *Asher v. Baxter Int'l Inc.*, 377 F.3d 727, 735 (7th Cir. 2004) (sharp price

12  drop hard to understand if truth was known).  Indeed, *Forbes* reported that investor reaction

13  stemmed both from "extensive problems with one of EA's signature games" and from "ripple effect"

14  resulting from the "indefinite hold" on the development of other DICE games, including *Star Wars:*

15  *Battlefront*  and *Mirror's Edge*.  ¶111; *see also* Mem. at 5 (highlighting the "major agreement with

16  Disney" at the beginning of the Class Period "to publish *Star Wars* games").  This "ripple effect"

17  also supports finding that the Complaint adequately pleads materiality.  *Am. W.*, 320 F.3d at 935.

18         Defendants contend that some of the alleged statements are not actionable because they are

19  "generic statements" that do not specifically mention *Battlefield 4*.  Mem. at 13.  However, as

20  Söderlund explained on March 29, 2013, *Battlefield 4* for both existing platforms and next-

21  generation consoles was being developed on the Company's proprietary Frostbite 3 engine.  RJN,

22  Ex. A.  Thus, due to the undeniable importance of *Battlefield 4* to EA's investors at the time,

23  statements about the Frostbite 3 technology engine, including the de-risked and low risk statements,

24  were plainly understood by investors to be statements about *Battlefield 4*.  ¶¶62, 69, 74.  Moreover,

25  all eyes were on *Battlefield 4* and the next-generation transition entering the Class Period, and EA

26  announced on May 21, 2013 that *Battlefield 4* would be available on next-generation consoles when

27  they launched.  ¶¶39, 66.  Statements about the next-generation console transition were therefore

28  also understood by investors to be statements that directly concerned *Battlefield 4* (and vice-versa).

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 15 -

¶¶84-86. Even defendants' sole authority supporting the claim of this purportedly "fatal" disconnect is readily distinguished, as it highlighted the critical fact that "only a few potential customers . . . might have [been] interested in purchasing" the product at issue. *Schuster v. Symmetricon, Inc.*, No. C-94-20024-RMW, 2000 U.S. Dist. LEXIS 22549, at *22 (N.D. Cal. Aug. 11, 2000) (cited by Mem. at 13). In contrast, *Battlefield 4* was so important that analysts suspected it would make a difference for EA's valuation in the stock market. ¶56; *see also* ¶¶34-36, 39, 72, 83.[10] Materiality is a fact-specific issue typically inappropriate for resolution on a motion to dismiss, and wholly inappropriate here. *Fecht v. Price Co.*, 70 F.3d 1078, 1080-81 (9th Cir. 1995).

> **B.  The Complaint Details Factual Allegations Raising a Strong Inference that Defendants Acted with Scienter**
>
> **1.  Defendants Knew About and Deliberately Downplayed the Development Risks of *Battlefield 4* When they Represented that Its Technology Side Was De-Risked and Development Was Low Risk**

The Complaint alleges facts giving rise to a strong inference that defendants knowingly or recklessly disregarded the significant development risks associated with *Battlefield 4* when they represented that the technology piece had been largely de-risked and that the development environment was low risk on May 5, June 12, and July 23, 2013. ¶¶62, 69, 74. *Battlefield 4*'s Executive Producer Bach revealed, the game was developed on next-generation consoles that "haven't even had their technical specifications finalised for the majority of the project." ¶¶79-80. He noted the difficulties arising from game development and hardware development that occurred "at the same time." ¶80. Members of the development team corroborated Bach's comments regarding the significant risks associated with *Battlefield 4*. ¶¶94, 114-116. For example, one of *Battlefield 4*'s developers revealed that the purportedly low-risk development platform was being

---

[10]  Defendants assert that their risk disclosures regarding the transition to next-generation consoles were sufficient to establish a truth-on-the-market defense to the de-risked and low risk misrepresentations. Mem. at 3-4. This defense, however, is a fact-intensive inquiry and thus inappropriate at the motion to dismiss stage of a case. *Asher*, 377 F.3d at 734; *Ganino v. Citizens Utils. Co.*, 228 F.3d 154, 167 (2d Cir. 2000); *cf. Provenz v. Miller*, 102 F.3d 1478, 1493 (9th Cir. 1996) (summary judgment based on truth on the market appropriate only where no rational jury could find the market was misled); *Asher*, 377 F.3d at 735.

1    used by developers to squeeze out the maximum capacity of the next-generation consoles by writing

2    high-risk code more likely to lead to crashes.  ¶¶114-116.

3         Defendants' own statements further establish a strong inference that defendants knowingly or

4    recklessly made the de-risked and low risk misrepresentations.  Gibeau admitted that he was

5    personally involved with managing the technology engine that was purportedly de-risked:  "The

6    tools, the pipelines, the tech just weren't mature or complete.  Then I took that learning because in

7    my role as the head of the studios, I had to make sure  we understood how we were going to manage

8    the technology."  ¶74.  So did Moore:  "I think we made mistakes in the technology management

9    [during last transition] . . . .  And we learned from that . . . . That's not happening this time around."

10   ¶69.  These admissions demonstrate that Gibeau and Moore knew or deliberately disregarded the

11   falsity of their statements.  *Reese*, 747 F.3d at 571-72; *Novak*, 216 F.3d at 308; *cf. S. Ferry LP v.*

12   *Killinger*, 542 F.3d 776, 785 (9th Cir. 2008).

13        Further, the breadth and magnitude of *Battlefield 4*'s game-breaking defects provide

14   additional support for the allegations that defendants' knowledge that their statements *Battlefield 4*'s

15   technology platform had been de-risked, leading to low-risk development, were false.  ¶¶91-93, 95-

16   101.  The game did not launch with mere "bugs," "[t]emporary glitches in technology products," or

17   "kinks."  Mem. at 13-14.  Rather, while "[a]ll games have bugs . . . not all games are broken upon

18   release."  ¶92.  Reporters that cover the gaming industry "f[ound] it hard to believe the issues facing

19   *Battlefield 4* were a surprise to EA and DICE."  ¶109; *see also* ¶108 (suspicion that EA knew about

20   the "connectivity issues, server limitation, and various other problems plaguing . . . *Battlefield 4*" but

21   "didn't want to hand victory over to" competitor Activison's game *Call of Duty: Ghosts* by delaying

22   *Battlefield 4*'s release).

23        **2.    Defendants Knew or Recklessly Disregarded that EA was Not**
                  **Battle-Tested or Ready to Launch *Battlefield 4* and that Close**
24                **Work with the Next-Generation Console Developers was**
                  **Necessary Because the Consoles Were Unfinished for the**
25                **Majority of Its Development**

26        For the reasons stated in Section B.1 above, the Complaint also alleges defendants knew or

27   recklessly disregarded that EA was not battle-tested or ready for launch; that EA's early start on and

28   close work with Microsoft and Sony had not enabled the Company to avoid problems getting quality

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 17 -

titles including *Battlefield 4* ready for the next-generation consoles; and that the Company's next-generation launch software was not head and shoulders above where it was last time.  ¶¶83-86.  Rather, the Complaint alleges that defendants knew or recklessly disregarded that the technical specifications for the next-generation consoles were not complete for the majority of the project and the game was not adequately tested, leading to difficulties resulting from concurrent game and console development.  ¶¶79-80, 94, 114-116.  They knew or recklessly disregarded that EA's close work with next-generation console manufacturers Microsoft and Sony throughout the transition process was due to the fact that the next-generation consoles were finished late.  ¶¶79-80.  They knew or recklessly disregarded that the key decision to develop *Battlefield 4* in a manner that maximized the capacity of the next-generation consoles led to game code that was more prone to crashes.  ¶¶114-116.  And they knew or recklessly disregarded that demands to put more features into the game continued through the last minute.  ¶94.  These facts, along with the admittedly insufficient time and resources for QA testing, provide the strong inference that defendants knew or recklessly disregarded that the Company was not battle-tested and *Battlefield 4* was not ready for launch. ¶¶94, 114-116.

The strong inference that defendants knowingly or recklessly made the false and misleading statements alleged in the Complaint is confirmed by Wilson's post-Class Period revelation that *Battlefield 4* was built "'on an unfinished platform with unfinished software.'"  *EA addresses "unacceptable" Battlefield 4 Launch*.  As the facts above demonstrate, the Complaint provides far stronger allegations of scienter than those in *McCasland v. FormFactor*, No. C 07-5545 SI, 2009 U.S. Dist. LEXIS 59996 (N.D. Cal. July 14, 2009), on which defendants rely. Mem. at 18.  Whereas *FormFactor* contained insufficient "confidential witness" allegations (Mem. at 18 (citing *FormFactor*, 2009 U.S. Dist. LEXIS 59996, at *15-16)), the Complaint here pleads information sourced to witnesses, including Bach and the two *Battlefield 4* developers, who were intimately involved in *Battlefield 4*'s development.  Moreover, unlike *FormFactor*, defendants' own statements in this case support the strong inference of scienter.  ¶¶69, 74, 83-86.

3. **The Magnitude and Severity of *Battlefield 4*'s Defects Support the Strong Inference that Defendants Made the Misrepresentations with Scienter**

The sheer magnitude of the defects customers reported when *Battlefield 4* launched further supports the strong inference of scienter. *Battlefield 4*'s release on existing platforms, which occurred earlier the same day as defendants' representations that the Company was battle-tested and ready for launch, in fact showed just the opposite. *See* ¶¶91-92, 93, 96-97. Additionally, multiple reporters given early access to test *Battlefield 4* on next-generation consoles experienced "game-crashing" errors, which were still present when the next-generation version of the game was made available. ¶¶93, 96-97.

Immediately after *Battlefield 4*'s release on the first next-generation console on November 15, 2013, customers noted a wide range of game-breaking bugs. ¶¶95-96. Reports were issued covering *Battlefield 4*'s numerous technical defects, corroborating customers' experiences. ¶¶97, 101, 107-109, 114, 119, 120. *Battlefield 4* was "plagued with numerous critical issues that incite frequent crashes, the loss of campaign saved data and a complete inability to connect to the 64-player Conquest servers." ¶97. It was "broken upon release." ¶92. In response, defendants initially blamed the console manufacturers, stating that Sony was responsible for "crashing/freezing and non-responsive connections between the player's console and their TV screen" before quickly removing the message. ¶95. This false exculpatory statement is further evidence of scienter. *United States v. Reyes*, 660 F.3d 454, 467 (9th Cir. 2011).

The defects did not go away, and the Company's own response confirms they went far beyond "temporary glitches" or "kinks." ¶¶100, 106-108, 113, 117; Mem. at 13-14. Instead, the game-breaking problems present at *Battlefield 4*'s launch were so severe that EA ordered DICE to cease all work on future projects including its development of other highly-anticipated games like *Star Wars: Battlefield* until it fixed the game ¶¶106-108, 111.

4. **Post-Class Period Events and Admissions Confirm Scienter**

Addressing *Battlefield 4*'s substantial and numerous defects took months. On March 7, 2014, three months after the end of the Class Period, a prominent game reviewer published an article titled

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 19 -

1    "127 days later, and Battlefield 4 is still amazingly broken."  ¶120.  Among other things, the article

2    noted:

3            Some of us have now owned Battlefield 4 for 127 days. . . . Some of us have
         double dipped and bought BF4 for both console and PC.  We have dressed up for
4        Halloween, eaten dinner with our families on Thanksgiving, opened our Christmas
         gifts, wrapped arms around friends and lovers and sung Auld Lang Syne, and
5        watched the Winter Olympics in Sochi. . . .

6            . . . [B]asic issues persist. . . .

7            After the last 4 months, it's hard to have much faith in DICE's future
         projects, let alone their long term support of Battlefield 4.[11]
8

9    ¶120.  Allegations regarding post-Class Period events may be used what defendants knew or

10   recklessly disregarded during the Class Period.  *E.g. KV Pharm.*, 679 F. 3d at 981; *Lormand v. US*

11   *Unwired, Inc.*, 565 F.3d 228, 254 (5th Cir. 2009); *In re Merck & Co. Sec. Litig.*, 432 F.3d 261, 272

12   (3d Cir. 2005); *Plotkin v. IP Axess, Inc., Etc.*, 407 F.3d 690, 698 (5th Cir. 2005); *Scholastic*, 252

13   F.3d at 72.  It is not plausible, as a reporter for industry magazine *GameInformer* wrote, to believe

14   that "the issues facing *Battlefield 4* were a surprise to EA and DICE."  ¶109.  These facts "provide

15   warrant for inferences about" the earlier situation, namely, that *Battlefield 4* was not ready for launch

16   and EA had not avoided problems in preparing its key next-generation game as of October 29, 2013.

17   ¶83; *Plotkin*, 407 F.3d at 698.

18       Wilson's June 20, 2014 interview features admissions and promises to do better that repeat

19   similar messages Company executives gave in response to earlier game-launch failures.  *Compare*

20   *EA addresses "unacceptable" Battlefield 4 launch* (making changes to the development process,

21   including finishing games earlier, "get[ting] a lot more testing on the game" including "start[ing]

22   betas earlier," and "hav[ing] more stable build requirements") *with* ¶¶41, 46, 52; *see City of Monroe*

23   *Emps. Ret. Sys. v. Bridgestone Corp.*, 399 F.3d 651, 687 (6th Cir. 2005) (strong inference of scienter

24   supported by history that should have made defendants more attuned to risks).  In addition, the

25   temporal proximity between defendants' October 29, 2013 statements that *Battlefield 4* was battle-

26

27
_____
28   [11]   *See also EA Is Still Having to Fix Battlefield 4.*

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 20 -

tested and ready for launch and Wilson's December 4, 2013 revelation that its problems were so severe that DICE was putting aside all other projects until it fixed the game provides additional support for finding a strong inference of scienter. *Reese*, 747 F.3d at 574.

### 5.   *Battlefield 4*'s Successful Launch Was Core to EA's Success

The Complaint pleads particularized allegations that *Battlefield 4* was quantitatively and qualitatively "core" to EA's success, especially in light of investor concerns about the Company's recent game launch and console transition failures, creating a strong inference that defendants closely monitored and knew about the extensive risks associated with *Battlefield 4*'s development. *Id.* at 569; *S. Ferry LP*, 542 F.3d at 784.  Defendants' bald assertion that *Battlefield 4* was not core to the Company's operations (Mem. at 20-21) is belied by the Complaint's extensive factual allegations.

"The core operations theory of scienter relies on the principle that 'corporate officers have knowledge of the critical core operation of their companies.'" *Police Ret. Sys. v. Intuitive Surgical, Inc.*, No. 12-16430, 2014 U.S. App. LEXIS 13530, at *23-24 (9th Cir. July 16, 2014).  Defendants' own statements, as well as statements by other EA executives, confirm that there was nothing more important to the Company prior to and during the Class Period than launching *Battlefield 4* successfully, especially on the next-generation consoles.  According to EA's former CEO, the next-generation console transition was a "significant opportunity" for the Company and *Battlefield* was "vitally important": one of only two EA games "in a position to become one of the top two or three game franchises in the industry," one of EA's two "proven blockbusters," one of only two EA games that "will be among the top franchises that define the industry across all platforms and geographies," and one of only two EA games that "drive the profitability inside of EA."  ¶¶33-35.  Jorgensen stated that EA was "focused on" "a big Battlefield," which was "obviously important to us" given that the Company's performance in ***its most important fiscal quarter, representing 40% of the Company's yearly revenue and 98% of its yearly EPS, hinged on Battlefield 4's success***.  ¶¶72, 83.  Analysts and reporters also reinforced the undeniable fact that *Battlefield 4* was core to the Company's operations.  ¶¶34, 36, 39, 56, 72, 88.  *Battlefield 4* was "so important that it could make a difference

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI        - 21

1    for EA's valuation in the stock market," was the "X factor in terms of" achieving FY14 guidance

2    and EA could hit revenue estimates on the back of a successful *Battlefield 4* launch alone.  ¶¶36, 56,

3    72.  Defendants' contention that "the game does not constitute the core of EA's operations" fails to

4    address any of these factual allegations.  Mem. at 1, 20-21.

5         Defendants' keen awareness of the Company's lengthy history of game launch and console

6    transition failures reinforces the inference that *Battlefield 4*'s development and readiness to launch,

7    both on existing and new consoles, was core to EA's operations.  ¶¶40-54.  In response to the

8    Company's prior game launch and console transition failures, defendants and other EA executives

9    promised that the Company would focus on lessons learned and preventing such problems in the

10   future.  *Id.*; *cf. Bridgestone*, 399 F.3d at 687 (history supports inference that defendants knew or

11   recklessly disregarded risks).  Further, a number of defendants' false and misleading statements were

12   made in direct response to questions about whether (and how) EA would ensure *Battlefield 4*'s

13   development and launch avoided past failures.  ¶¶62, 69, 74, 84.  These facts further the strong

14   inference that the progress of *Battlefield 4*'s development was core to defendants.

15        Considered together, the facts above establish a strong inference that defendants had

16   knowledge of *Battlefield 4*'s development and readiness to launch.  *Reese*, 747 F.3d at 569; *S. Ferry*,

17   542 F.3d at 786; *cf. In re VeriFone Holdings, Inc. Sec. Litig.*, 704 F.3d 694, 708 (9th Cir. 2012)

18   (inference of scienter made more compelling by defendants' public statements about the issue);

19   *United States SEC v. E-Smart Techs.*, No. 11-895 (JEB), 2014 U.S. Dist. LEXIS 31629, at *22-23

20   (D.D.C. Mar. 12, 2014) (as executives, defendants must have been aware of technological

21   deficiencies when representing that product was functional and ready for deployment); *compare*

22   *Berson*, 527 F.3d at 988 (hard to believe that defendants would not have known about stop-work

23   orders allegedly costing the Company approximately $23 million and leading to employee

24   reassignments) *with* ¶¶35-36, 39.[12]  Defendants' contention that *Battlefield 4* was not core to the

25   Company's operations is undone by the Complaint's substantial factual allegations to the contrary,

26   and it is telling that defendants' motion, rather than addressing these allegations, simply ignores

27
28

---

[12]  For these reasons, the core operations inference here is far stronger than that pled in *FormFactor*, 2009 U.S. Dist. LEXIS 59996, at *16-19.

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 22 -

them, impermissibly failing to assume the facts pled as true and improperly substituting an alternative set of purported facts that are extrinsic to the Complaint. *Tellabs*, 551 U.S. at 322.

### 6. Defendants Were Motivated to Capitalize on Insider Sales and Drive Advanced *Battlefield 4* Sales

Though motive is not required to plead scienter, the Complaint here alleges motives that support the strong inference of scienter. *See Tellabs*, 551 U.S. at 325 (though not required, motive can be a relevant consideration in the scienter analysis).

The Complaint alleges that the unusual and suspicious stock sales by Wilson, Moore, Gibeau and Söderlund, in terms of the amount and percentage of shares they sold, the timing of the sales, and the inconsistency with past sales history, support the strong inference of scienter. ¶¶122-123; *In re Silicon Graphics Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999). Moreover, the insider sales add to the "practical and common-sense" conclusion that defendants acted with scienter. *S. Ferry*, 542 F.3d at 784.

Just weeks before *Battlefield 4* would launch on the next-generation consoles, Moore and Gibeau sold 269,874 shares of EA stock for a total of more than $7 million. ¶¶122-123. The logical inference for the timing and amount of their sales is that they knew the stock price was inflated due to the Class Period misrepresentations; they sold hundreds of thousands of their EA shares **before**, not after, *Battlefield 4*'s next-generation launch and only two days after representing that EA was battle-tested and ready for the next-generation console transition. ¶¶83-86, 123; *In re Hi/fn, Inc. Sec. Litig.*, No. C 99-4531 SI, 2000 U.S. Dist. LEXIS 11631, at *31-32 (N.D. Cal. Aug. 9, 2000). So, too, with Wilson's, Moore's, Gibeau's, and Söderlund's sales of 400,000 shares for $11.1 million in proceeds during the eight days immediately following EA's announcement that *Battlefield 4* would be available on the next-generation consoles from day one. ¶¶66, 123.

In addition, defendants' Class Period sales were massive and deviated from their prior sales history. ¶¶123-124. Wilson, Gibeau, Söderlund and Moore sold huge percentages of their Class Period holdings -- 85%, 48%, 45% and 36%, respectively.[13] ¶123. *See Brodsky v. Yahoo! Inc.*, 592

---

[13] Defendants admit that the allegations of Wilson's and Gibeau's sales as a percentage of Class Period holdings are accurate but quibble regarding Söderlund's and Moore's sales, contesting that they sold 44% and 25% respectively. Even using defendants' calculations, which should not be

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 23

1   F. Supp. 2d 1192, 1205 (N.D. Cal. 2008) (35-68% raises "specter of suspicious behavior"); *Johnson*

2   *v. Aljian*, 394 F. Supp. 2d 1184, 1199 (C.D. Cal. 2004), aff'd, 490 F.3d 778 (9th Cir. 2007) (18%

3   "significant").  The corroborative sales by four defendants at similar times also support scienter. *Cf.*

4   *Ronconi v. Larkin*, 253 F.3d 423 (9th Cir. 2001).  The strong inference from the timing and amount

5   of these sales is that the selling defendants knew that the market was overvaluing EA's ability to

6   drive investor value through the *Battlefield 4* launch on next-generation consoles.

7            Defendants were also motivated by driving advanced sales of *Battlefield 4* (sales made before

8   *Battlefield 4* was released for live gameplay) and knew the importance of such sales to the

9   Company's financials.  ¶¶63, 71-72; *see also* Mem. at 4 ("The game also generated customer pre-

10  orders far in excess of the pre-orders received for its predecessor, *Battlefield 3*.").  While defendants

11  identify the advanced sales of *Battlefield 4* as evidence that it was not defective or afflicted with

12  game-breaking bugs (Mem. at 24), that claim is undermined by the fact that defendants touted the

13  game's advanced sales far before it was released for play in an uncontrolled environment.[14]  *See*,

14  *e.g.*, ¶57 (analyst commenting on March 26, 2013 unveiling of *Battlefield 4*: "demonstrations of this

15  nature are highly polished and not necessarily representative of the final product"); ¶63 (Jorgensen

16  on May 7, 2013: pre-orders for *Battlefield 4* "are through the roof"; ¶72 (Moore on July 23, 2013:

17  pre-orders are stacking up well in comparison to those generated by *Battlefield 3*).

18           Moreover, defendants were motivated by the need to launch *Battlefield 4* before the latest

19  version of competitor Activision's *Call of Duty*, in time for the Christmas shopping season, and

20  simultaneously with the next-generation consoles.  ¶94.  A DICE developer noted that EA wanted to

21  release two weeks before *Call of Duty* to avoid competition.  *Id*.  In response to Wilson's

22  announcement that DICE would cease all other work to focus on fixing *Battlefield 4*, a reporter at

23  _____

24  considered at this stage of the litigation, the percentages remain massive. *Lee v. City of Los Angeles*,
    250 F.3d 668, 688-90 (9th Cir. 2001) (it is improper to use judicial notice to generate an evidentiary

25  record to dispute the Complaint's factual allegations).

26  [14]  The *Battlefield 4* beta was not released until October 4, 2013.  Wesley Yin-Poole, *Battlefield 4*
    *open beta release date announced*, Eurogamer.net (Sep. 17, 2013) http://www.eurogamer.net/

27  articles/2013-09-16-battlefield-4-open-beta-release-date-announced (attached hereto as Exhibit C).
    To state the obvious, the beta was never released on the next-generation consoles because the

28  consoles were not available until the dates *Battlefield 4* became available on them.

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI        - 24 -

1   *Forbes* wrote, "I suspect that EA didn't want to hand victory over to Activision and *Call of Duty:*

2   *Ghosts* by delaying the game."[15] ¶108.  Jorgensen emphasized the importance of launching in time

3   for the Christmas shopping season.  *See* ¶83 ("Q3 represents more than 40% of our total noon-

4   GAAP revenue, and 98% of our annual EPS. . . .  [T]he next few months will determine the success

5   of our fiscal year.").  The game's Executive Director Bach affirmed the necessity to EA of launching

6   simultaneously with next-generation console availability.  ¶80.  Revelation of even part of the true

7   picture of the risks associated with *Battlefield 4*'s development – especially that it was being

8   developed on unfinished hardware with unfinished software – would have hurt *Battlefield 4*'s

9   advanced sales and jeopardized its launch date. ¶¶79-80; *EA addresses "unacceptable" Battlefield 4*

10   *launch*.

11       **C.     Defendants Do Not Contest Loss Causation**

12          Defendants do not contest that the Complaint adequately alleges loss causation (see generally

13   Mem.), and therefore do not contest that their alleged material misrepresentations were a substantial

14   cause of plaintiffs' losses.  *Daou*, 411 F.3d at 1025.  The December 4, 2013 disclosure relates

15   closely to the material misrepresentations alleged.  *Compare* ¶106 *with* ¶¶62, 69, 74, 83-86.

16   Investors' reaction to the disclosure, which sent the stock price down 6%, is evidence of materiality.

17   *Am. W.*, 320 F.3d at 935; *KV Pharm.*, 692 F.3d at 983; *Asher*, 377 F.3d at 735.[16]

18

19

20

21

22

23

---

24   [15]   Notably, Bach revealed that EA considered delaying the game just prior to *Battlefield 4*'s launch.

25   ¶80.

26   [16]   Defendants also do not dispute that they were control persons, arguing that the §20(a) claim fails
only because plaintiffs have not stated a claim under §10(b).  Mem. at 28 n.15.  As described above,
the Complaint states an actionable §10(b) claim.  The Complaint alleges that each of the individual

27   defendants was a control person under §20(a).  ¶¶133-136.  Therefore, it also states a claim under

28   §20(a).  *Zucco Partners, L.L.C. v. Digimarc Corp.*, 552 F.3d 981, 990 (9th Cir. 2009).

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI          - 25 -

1  **V.      CONCLUSION AND REQUEST FOR LEAVE TO AMEND**

2        Defendants' motion to dismiss should be denied in its entirety.  Because the fraud alleged is

3  recent, plaintiffs' investigation is ongoing and Federal Rule of Civil Procedure 15(a)(2) provides that

4  leave to amend should be granted freely.  Should the Court grant any part of the motion, plaintiffs

5  request leave to amend the Complaint to address any deficiencies the Court may identify.  *Eminence*

6  *Capital, L.L.C. v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003).

7  DATED:  July 31, 2014              ROBBINS GELLER RUDMAN
                                                & DOWD LLP

8                                       SHAWN A. WILLIAMS
                                     MATTHEW S. MELAMED

9                                       EKATERINI M. POLYCHRONOPOULOS

10

11                                        s/ Matthew S. Melamed

                                     MATTHEW S. MELAMED

12

13                                       Post Montgomery Center
                                     One Montgomery Street, Suite 1800

14                                       San Francisco, CA  94104
                                     Telephone:  415/288-4545

15                                       415/288-4534 (fax)

16                                       POMERANTZ LLP
                                     JEREMY A. LIEBERMAN

17                                       LESLEY F. PORTNOY
                                     600 Third Avenue

18                                       New York, NY  10016
                                     Telephone:  212/661-1100

19                                       212/661-8665 (fax)

20                                       POMERANTZ LLP
                                     PATRICK V. DAHLSTROM

21                                       10 South LaSalle Street, Suite 3505
                                     Chicago, IL  60603

22                                       Telephone:  312/377-1181
                                     312/377-1184 (fax)

23                                       Co-Lead Counsel for Plaintiffs

24

25

26

27

28

957474_1

PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS CONSOLIDATED
COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS - 3:13-cv-05837-SI    - 26 -

# EXHIBIT A

**EURO GAMER.net**

- [Mass Effect 4: everything we know](#)All the latest information about the next Mass Effect.

- [Hearthstone: Naxxramas strategy guide](#)Now updated with our Plague Quarter guide.

- 20% OFF
  $39.99

[Sign in Create an account](#)

Login with Facebook

| Username | |
| Password | |

[Log in] [Forgotten your details?](#) ▲

Loading... hold tight!

- [Reviews](#)
- [News](#)
- [EG on YouTube](#)
- [Digital Foundry](#)
- [Release Dates](#)
- [EGX London](#)
- [EGX Rezzed](#)
- [Forum](#)

[Search] [Go]

## Battleborn

🌐 battleborn.com

The Next Generation Hero Shooter. Coming To PS4, Xbox One & PC!

- [Home](#)
- [News](#)

- PC
- PlayStation 3
- PlayStation 4
- Xbox 360
- Xbox One

# EA addresses "unacceptable" Battlefield 4 launch

DICE changes the way it makes games ahead of Battlefield Hardline.



- Share on:

- Facebook635
- Twitter155
- Google+
- Reddit

By Wesley Yin-Poole **Published** Friday, 20 June 2014

EA has addressed what the boss of the company has described as the "unacceptable" launch of Battlefield 4 - and detailed the new processes it has put in place to prevent it from happening again.

In detailed interviews with Eurogamer, EA CEO Andrew Wilson and DICE general manager Karl-Magnus Troedsson said the development teams behind the Battlefield series had learned their lesson the tough way after Battlefield 4 launched in a state many players labelled broken.

Battlefield 4 released late last year for PC, PlayStation 3, PlayStation 4, Xbox 360 and Xbox One, with a target of 60 frames per second and 64-player multiplayer on next-gen consoles.

But at launch it ran into a number of problems, most notably in multiplayer, with many unable to play.

The problem was so bad that in December 2013 DICE said it had placed all of its expansions and "future projects" on the backburner while it put all hands on deck to focus on sorting out the mess.

"For clarity it wasn't actually a server problem for Battlefield 4," EA boss Andrew Wilson told Eurogamer. "It was a client side problem. Right now the game is playing extremely well, and people are in there and having a lot of fun. I'm still playing it."

So, what went wrong? Wilson said the game suffered because of its ambition.

"Think about what Battlefield 4 was: 64 player multiplayer, giant maps, 1080p, Levolution that was changing the gameplay design in an emergent way. There is a chance there are things you are going to miss through the development cycle. And you end up in a situation we had with Battlefield 4.

"For me, the situation we had was unacceptable. For the team it was unacceptable. We have worked tirelessly since then to make sure the gameplay experience got to where it absolutely should have been at launch and we're focused on that and we continue to deliver value to that player base.

"But when you do things like that you can never guarantee. It would be disingenuous for me to sit here and say, 'we will never have an issue again,' because that would mean we were never going to push the boundaries again. And I don't want to be that company. I want to be a company that pushes to lead and innovate and be creative. But you can start to do things that give you a better handle and a better view about what the potential challenges might be."

Wilson said EA is now trying to get the "final" version of the game in the bag earlier, providing the developers with more time to test.

"You can lengthen development cycles," he said. "You can give a much longer timeframe between final and launch to get a lot more testing on the game. You can change the development process whereby you have more stable build requirements throughout the entire set of development. You can start betas earlier so you get it out in the wild earlier with more people banging away at it.

"We have changed development processes, we've changed development timelines and we've changed testing processes and beta processes, all with a view to not have the issues again."

One accusation EA has faced since Battlefield 4 launched is that the game was rushed in order to hit the release of the PlayStation 4 and Xbox One, and that DICE should have had more time to test the game.

Wilson denied this, however, insisting DICE had plenty of time to work on the game, before pointing to the challenge of creating a next-gen console launch title.

"DICE had a lot of time this time," he said. "Hardline has had three years. Last year was a very unique situation. Not to abdicate responsibility whatsoever - we own it, we are responsible for it and we have worked tirelessly to remedy the situation - but when you are building a game on an unfinished platform with unfinished software, there are some things that can't get done until the very last minute because the platform wasn't ready to get done.

"What was happening with Battlefield 4, even as we were pushing all of this innovation, was a lot of it we couldn't test until really late in the phase. I believe it was unique."

Wilson said EA had two options with Battlefield 4: push boundaries or play it safe, the latter of which was a thinly-veiled swipe at competitor Activision, whose Call of Duty: Ghosts released last year around the same time as Battlefield 4.

"You could go down the really conservative path, which some people did in the industry, and your game didn't have any of those problems, but you also got the feedback of, it just feels the same as it used to.

"Or, you could push the boundaries and end up in the situation we ended up in. Neither is good. But I would like to be in the company pushing the boundaries."

Case3:13-cv-05837-SI  Document34  Filed07/31/14  Page37 of 70

"You could go down the really conservative path, which some people did in the industry, and your game didn't have any of those problems, but you also got the feedback of, it just feels the same as it used to."

EA boss Andrew Wilson



Battlefield 4, by DICE.

For DICE, the launch of Battlefield 4 was particularly troubling because it damaged the studio's reputation.

"Was I surprised at the reaction? No. Were we a bit surprised by the state of the game? Yes. For sure," DICE boss Karl-Magnus Troedsson told Eurogamer.

"But that's why we've been working so diligently on taking care of that. It has changed a lot of things about how we go about doing things.

"People in the studio have taken this very personally. It has led to some very tough discussions about what we're doing. We're looking forward, we're not looking backward any more, and saying, 'okay, what do we take out of this hardening experience and what does that mean for us moving forward?'

"We'll talk more about that in the future but there is definitely a lot of lessons learned."

And so we come to Battlefield: Hardline, due out in October 2014 - a year after the release of Battlefield 4.

Both Wilson and Troedsson said Hardline, developed by Dead Space maker Visceral in partnership with DICE, has benefited from a three year development, and would incorporate all of the improvements made to Battlefield 4 over the last eight months in a attempt to avoid problems at launch.

Indeed, the launch of the Battlefield: Hardline closed beta some five months before the game's full launch was part of EA's new development process - triggered by Battlefield 4 last year.

"How stable is the server? What state is the client in? That's one example of a thing we changed based on what happened with BF4," Troedsson said.

While EA expects Hardline to be a hit game, it knows it faces a degree of skepticism - quite rightly - from those who feel burned by Battlefield 4. Forums are littered with comments from Battlefield fans who say they're unsure of Hardline - or at worst will skip it entirely.

So for DICE the launch of Hardline is a crucial opportunity to show its community that it has listened to feedback - positive and negative - and acted upon it.

"Naturally this is a focus for us moving forward," Troedsson said. "It's not something we take lightly in any way. It would be wrong of us to not take it seriously when we launch the next game.

"But we are in such a good position right now. Battlefield 4 is stable. It's a good experience. All those fixes are going straight into Hardline. Most of them are already in there. We have a lot of people still working on BF4. Everything is going in the right direction here. But yes we absolutely have this as a focus for us. Launching this game needs to be different than BF4."

"Launching this game needs to be different than BF4."

DICE boss Karl-Magnus Troedsson



Another concern Battlefield 4 players have is that DICE will stop support for Battlefield 4 now that Hardline is due out.

The concern sparked Troedsson to issue a blog post in which he vowed to continue to support Battlefield 4 despite the announcement of Battlefield: Hardline.

"Part of it is because now we're shipping a game just a year after the other one, annualising as some people say, so I wanted people to understand that doesn't exclude our support or focus on the former title," Troedsson told us.

DICE's goal is to move away from what Troedsson called a "serial" development, where one Battlefield game is released, updated and supported, then another Battlefield game is released two years later and all players are expected to move across.

Instead, DICE wants a "parallel" development, where multiple Battlefield games are supported at the same time.

"Just because the next one comes out, doesn't mean we should stop taking care of BF4 with updates, balancing, and if any new issues come up we'll fix that," he said.

"If somebody is currently playing Battlefield 4 and having a great time there but they say, I'm not ready to switch, I'm still busy getting the highest rank or unlocking everything, that's fine. I'm happy as long as they're playing a Battlefield game. Naturally I would like them to play both, but if they won't do that I'm happy if they play one of them."

Troedsson said DICE would be able to lean on its vast pool of developers in order to achieve this goal. He currently oversees DICE's main studio in Stockholm, Sweden, a smaller DICE studio in Uppsala, Sweden, Visceral and DICE LA.

"What that basically means is we have a large group of developers who can help out and do things," he said.

"So if we have a team working on BF4 after this game is out, and they find a bug or they want to make an improvement, they can fix it, boom, and it can be put into the next patch with this game as well. That's an extreme strength in what we're going to do moving forward, thinking of the franchise portfolio in a more holistic way."

"We are going to launch an amazing game this year."



Case3:13-cv-05837-SI   Document34   Filed07/31/14   Page39 of 70

The elephant in the room is the apparent move on EA's part to release a Battlefield game every year - or annualise the series.

DICE is no stranger to making multiple Battlefield games relatively frequently, but Battlefield: Hardline launches just a year after Battlefield 4. In the context of Activision's annualised Call of Duty series, some have wondered whether EA is following suit.

Both Wilson and Troedsson denied that Battlefield was now an annualised series. In fact, Wilson told us not to assume that Battlefield 5 would release next year.

"Well, I wouldn't assume that, but you might!" he said.

"We are going to launch an amazing game this year," he continued. "The feedback has been strong. And we're going to continue to run that game as a live service much the way we had Battlefield 3, Battlefield 4 and we will do with Hardline. And then we'll look at what's the right time to launch the next one."

"We felt this was a great time to launch Hardline. It's been in development for around three years. It's ready to go. The content is cool. The gameplay is cool. And it was the right time. We think it can exist within the Battlefield ecosystem symbiotically with Battlefield 4 and to some extent Battlefield 3."

Troedsson said EA has not dictated that a Battlefield game release each year, and he insisted he wouldn't force DICE to do so, either.

"It's not like I'm going to sit back home and come up with an idea and go to the team and say, 'build this,' and they're like, 'nah.' And I say, 'no, build it because we're going to annualise the franchise.' That's not the way it works, even though I know people love to joke about how EA comes up with our ideas.

"There's no rule set in place for this. We'll keep making Battlefield games as long as we have great ideas for them. In this case we have a new team building a brand new setting. We couldn't ship this game this close after the other one if we didn't have another team of course. There's been a lot of collaboration. The expansion pack, End Game, that's one specific clear one, but there has been other involvement between the teams in the background not everyone sees.

"The commitment is we'll do Battlefield games if we have a great idea for something we believe is going to be interesting for driving the franchise forward, and something the players will enjoy. And, as I also said in the press conference, if we have a team that is passionate about building it.

"There's not a rule set in place in any way. It's up to us. Me and my responsibility and then the games we want to do. I'm not shying away from the fact there is a business we need to run in the background, and having a successful Battlefield game every year instead of every other year, well, it doesn't take a rocket scientist to figure out that's a positive, right?

"But I would never commit to something like that unless we feel we can deliver those games, something that feels like a good Battlefield game, it's a true Battlefield game and is something we believe is right for our customers."

So, will there be a Battlefield game in 2015? Given there will no doubt be a Call of Duty game from Treyarch, you'd think EA would want to have something to go up against it.

"We'll have to wait and see what happens in the future," Troedsson said. "The latest games we have launched have been in the window we're talking about now for this game as well, but we'll see what makes sense in the future and what kind of ideas we come up with."

- **Share on:**
  - Facebook635
  - Twitter155
  - Google+
  - Reddit

- **Games featured in this article**



### **Battlefield 4**

PC, PlayStation 3, Xbox 360, PlayStation 4, Xbox One

Follow 1,912

AdChoices ▷

- - Battlefield 4: Dragon's Teeth review

- Battlefield 4: China Rising review
- Battlefield 4: Second Assault review



## Battlefield Hardline

PlayStation 3, PlayStation 4, Xbox One, PC, Xbox 360

Follow 298

Follow games you're interested in and receive emails or tweets the instant we publish new articles about them.





 Buy online £44.99

**About Wesley Yin-Poole**

Wesley is Eurogamer's news editor. He likes news, interviews, and more news. He also likes Street Fighter more than anyone can get him to shut up about it.

Promoted stories



**Is 2014 the Year We Hit the Technology Tipping Point?**

Work Intelligently



**Top 5 Laptops Perfect For Back To School**

AMD



**8 Ways Video Games Can Be Educational**

Education.com



**LG's Latest Flagship Smartphone Is the Prettiest on the Market**

Mashable



**Retired? Here are the 5 Best Seasonal Jobs for Retirees**

AARP



**Orlando Bloom Takes Swing at Justin Bieber**

Newser

Recommended by

 Subscribe to **The Eurogamer.net Daily**. The 10 most popular stories of the day, delivered at 5pm UK time. Never miss a thing.

Comments (121)

Comments for this article are now closed, but please feel free to continue chatting on the forum!

- 
  - **Order**
  - Oldest
  - Newest
  - Best
  - Worst
- 
  - **Score**
  - -25
  - -10
  - -1
  - 0
  - +1
  - +10
  - +25
- The game developer, the CIA, and the sculpture driving them crazy 'I work at Langley. I think I can get you in.'





- [Liuwil](#) , [1 month ago](#)

I stopped reading at "Levolution". Whenever someone uses that phrase, it makes me want to kill a baby. [Reply](#)+19/61[-+ Edit](#) [Delete](#) [Ban](#)

- [Trendyninja](#) , [1 month ago](#)

Believe it when I see it. [Reply](#)+9/9[-+ Edit](#) [Delete](#) [Ban](#)

- [Malek86](#) , [1 month ago](#)

    One accusation EA has faced since Battlefield 4 launched is that the game was rushed in order to hit the release of the PlayStation 4 and Xbox One, and that DICE should have had more time to test the game.

    Wilson denied this, however, insisting DICE had plenty of time to work on the game, before pointing to the challenge of creating a next-gen console launch title.

That feels like he just contradicted himself. [Reply](#)+40/41[-+ Edit](#) [Delete](#) [Ban](#)

- [Sir_Walter_Rally](#) , [1 month ago](#)

Launch?! [Reply](#)+2/4[-+ Edit](#) [Delete](#) [Ban](#)

- [Plankton1975](#) , [1 month ago](#)

The heavy promotion of Hardline by the Battlefield Twitter account, while BF4 is STILL broken, is frankly taking the piss. [Reply](#)+35/41[-+ Edit](#) [Delete](#) [Ban](#)

- [anistar](#) , [1 month ago](#)



[Reply](#)+56/58[-+ Edit](#) [Delete](#) [Ban](#)

- [Tryhard](#) , [1 month ago](#)

I'll take the fun of BF1943,Bad Company and Bad Company 2,over the pushing boundaries of BF4. [Reply](#)+38/40[-+ Edit](#) [Delete](#) [Ban](#)

- [XrodOne](#) , [1 month ago](#)

Don't believe any words coming out of EA's mouth. This is a PR drive for the robber, police game [Reply](#)+25/25[-+ Edit](#) [Delete](#) [Ban](#)

- [Eldritch](#) Founder & CEO, [gameslocalization.com](#)[1 month ago](#)

    We have worked tirelessly since then

How exactly did Mr Wilson work tirelessly on BF4?

And, yes, Levolution is just as bad as Drivatar. Reply +24/26 -+ Edit Delete Ban



- fusionblue , 1 month ago

I stopped reading at "it was a client side problem". Implying the blame onto the players for why your game doesn't work doesn't really read too well. Reply -2/20 -+ Edit Delete Ban



- WoundedParrot , 1 month ago

I haven't played this for a number of months so I can't vouch for how well it's playing right now, but what I can say is that I've sunk 200+ hours into the multi player and despite it being a steaming mess most of the time, it has always been huge amounts of fun. Reply +5/7 -+ Edit Delete Ban

- Physically_Insane , 1 month ago

     Think about what Battlefield 4 was: 64 player multiplayer, giant maps, 1080p

Like BF3 Reply +58/60 -+ Edit Delete Ban



- super_monty , 1 month ago

I emailed them for a refund, no reply.
I expect broken purchases to be refunded when buy items.

yet this basic consumer right does not seem to apply in the digital world. Reply +23/23 -+ Edit Delete Ban

- the_dudefather , 1 month ago

'Like I said last time Ted, it won't happen again' Reply +12/12 -+ Edit Delete Ban

- Jimster71 , 1 month ago

Can you reprint this article when Battlefield 5 is announced for next Ocober? Reply +21/23 -+ Edit Delete Ban

- Jimster71 , 1 month ago

Case3:13-cv-05837-SI   Document34   Filed07/31/14   Page44 of 70



@fusionblue 'Client side' actually means the Battlefield game you have installed on your machine. Nothing to do with the players. They are saying the game was broken and it wasn't just server issues. Reply +14/16 -+ Edit Delete Ban

-  Arsecake_Baker , 1 month ago

> DICE changes the way it makes games ahead of the Battlefield Hardline MOD

Fixed that for you! Reply +9/11 -+ Edit Delete Ban

- Pandy , 1 month ago

> For DICE, the launch of Battlefield 4 was particularly troubling because it damaged the studio's reputation.

No. Battlefield 3 damaged the studio's reputation, Battlefield 4 sunk it.

P.S. - For balance, my experience with BF4 on PS4 was actually quite good, but I appreciate that I was one of the lucky ones. Reply +18/18 -+ Edit Delete Ban



- fusionblue , 1 month ago

@Jimster71 I know, but what's the easiest way to deflect blame? To say it wasn't our servers but the people generating the demand on the servers.

Therefore "it's not me it's you". Reply -6/6 -+ Edit Delete Ban

- killersrquiet , 1 month ago

"it wasn't actually a server problem for Battlefield 4," EA boss Andrew Wilson told Eurogamer. "It was a client side problem."

Err..... why did DICE upgrade the servers then?

EA never quite grasped the idea of "not talking shit in public" Reply +10/12 -+ Edit Delete Ban

- Ging , 1 month ago

@fusionblue still not what "client side" means. The issue was in the game client, the software you ran to play the game. Nothing to do with the player machines or their connections.

They're taking the blame for it being broken - there's no deflection there. Reply +8/8 -+ Edit Delete Ban



- ST4CKY , 1 month ago

Did I read somewhere that all expansions will be free on bf4 or did I dream that? Reply 0/0 -+ Edit Delete Ban

- grassyknoll , 1 month ago

EA have basically admitted they release broken products & use machines. They a multi billion pound company to turn around & say we're going to release functional products from now on blows my mind. I can't think of any other industry bar the game industry where these kinds of practice are acceptable. I can't believe people on this forum buy EA games & defend the micro transactions within them. Reply +18/20 -+ Edit Delete Ban

-  houldendub , 1 month ago

"Wilson said EA had two options with Battlefield 4: push boundaries or play it safe"

But they DID play it safe. All that was added in in-between BF3 and 4, is some new maps, commander mode, some new guns, more microtransactions and a few tweaks to the engine to make it look nicer.

Fuck, they even had bugs that were fixed in BF3 reintroduced back into BF4. Reply +29/29 -+ Edit Delete Ban

-  Liuwil , 1 month ago

@Malek86 Essentially, this was nothing but putting the blame on DICE, instead of EA.
EA needs all the help they can get and convincing the less-knowledgeable part of the community that "devs were incompetent" has worked for them so far. They did the same with ME3 and DS3. Reply +2/2 -+ Edit Delete Ban

-  gold163 , 1 month ago

Wow, even when they're apologizing EA devs sound like they're shifting the blame onto someone else. Like the customers. "Sorry guys, your expectations were too high and you just can't appreciate our ambition." Reply +16/16 -+ Edit Delete Ban

- unyieldingswordmnk , 1 month ago

IDK how con artists like these guys can spew so much bs and still sleep at night. Reply +3/3 -+ Edit Delete Ban

- rhyfel , 1 month ago

EA should make sure bf4 is in a 100% working condition before releasing hardline, its just a slap in the face for everyone who purchased bf4, fool me once EA but you wont fool me again, hardline will stay on the shops shelves. Reply +7/7 -+ Edit Delete Ban

- chris2309 , 1 month ago

They addressed it by announcing another BF game and are charging full price for something that is basically an expansion pack. Reply +8/8 -+ Edit Delete Ban

- Haydar , 1 month ago

"For clarity it wasn't actually a server problem for Battlefield 4," EA boss Andrew Wilson told Eurogamer. "It was a client side problem."

Nothing besides some Space Jam activities on DICE studios can explain me the downfall from the greatest competitive multiplayer FPS game of last generation which is called Bad Company 2 to the bottom of the same genre which is known as BF3-BF4. Reply +3/7 -+ Edit Delete Ban



- ozzzy189 , 1 month ago

They knew exactly what they were doing. The robbing cunts, too late for many people I feel. Reply+3/5-+ Edit Delete Ban

- jeffdeath999 , 1 month ago

Sounds like EA/DICE are in panic mode. I can imagine less people have preordered BFHL based on what happened with BF4. I know I am giving it a wide berth unless the price drops Reply+6/8-+ Edit Delete Ban

- wayneh , 1 month ago

"For me, the situation we had was unacceptable. For the team it was unacceptable."

With all due respect fuck you and your team, for the people who had paid for this broken mess it was even more unacceptable yet consumer rights don't seem to apply to video games..... Reply+11/11-+ Edit Delete Ban



- Anticitizen1 , 1 month ago

The two biggest changes from BF3 to BF4 are the Commander Mode and Levolution.

Commander Mode is fun at first, but it is clunky with crappy controls and your team rarely listens to you despite the fact that the decisions are tactically sound.

Levolution on the other hand has been a real letdown. First of all, it is scripted, which is understandable given the scale of the transformations. Secondly, for the majority of the maps the changes make the map worse or have no effect on gameplay, Paracel Storm anyone?

I personally wish that they played it more safe if it meant a more stable experience. Leave the Commander Mode in and possibly, improve the controls for it and put more effort into creating incentives for the team to follow Commander's instructions and leave the Levolution out completely. Reply+1/1-+ Edit Delete Ban

- The-Jack-Burton , 1 month ago

Wilson is still saying Levolution, something makes me think he coined that fucking ridiculously stupid word. Reply+5/5-+ Edit Delete Ban



- 
  - ◦ Mobile
  - ◦ HD
- StaffContact usPolicy centreCookiesCorporate site
- Twitter Facebook RSS
- Gamer Network
  - ◦
    - Eurogamer.be
    - Eurogamer.cz
    - Eurogamer.de
    - Eurogamer.dk
    - Eurogamer.es
    - Eurogamer.fr
    - Eurogamer.it
    - Eurogamer.net
    - Eurogamer.nl
    - Eurogamer.pl
    - Eurogamer.pt
    - Brasilgamer.com.br
  - ◦
    - GamesIndustry.biz
    - Rock, Paper, Shotgun
    - VG247.com
    - VG247.it
    - Modojo.com
    - NintendoLife.com
    - Video-Game-Wallpapers.com
    - USgamer.net
  - ◦
- Hosted by dx.net



Loading…

EXHIBIT B





**Dave Thier (http://www.forbes.com/sites/davidthier/)** Contributor
*I write about video games and technology.*
Opinions expressed by Forbes Contributors are their own.

**FOLLOW**

**TECH (/TECHNOLOGY)**   4/25/2014 @ 2:33PM | 15,603 views

# EA Is Still Having To Fix Battlefield 4

**Comment Now**   **Follow Comments**

Battlefield 4, EA and Dice's latest entry into their flagship shooter series, hit the market on October 29, 2013. That is, for the record, nearly half a year ago. Here we are on April 25th, 2014, and Dice is still doing its best to fix massive bugs. One supposes we should be glad that they're still committed to fixing it. The fact that they are, though, is downright embarrassing.



This recent update focuses on rubberbanding, a particularly striking latency problem that makes it look like you're moving forward before snapping you back to wherever you were a few seconds ago. From the official Battlefield 4 blog (http://battlelog.battlefield.com/bf4/news/view/bf4-high-performance-servers/):

"As you know, we've been looking into resolving the "rubber banding" that some players on certain platforms have experienced with Battlefield 4 after the recent release of Naval Strike. We've found that the root cause of the issue was a configuration of certain hardware types dedicated to 64-player matches.

Case3:13-cv-05837-SI    Document34    Filed07/31/14    Page51 of 70



"We have invested in new hardware to resolve this issue and deployed new higher-performance servers this week. In preparation, we conducted a significant amount of testing before installing the new servers to ensure they would correct the issue. We are already seeing performance improvement with 64-player matches and expect this to continue."

Battlefield 4 was barely operational for months after its original launch, only limping towards baseline functionality weeks after it first hit the market. The resulting fallout tanked EA's stock price and did further damage to the publishing giant's already checkered reputation. EA later tried to argue that the fiasco had not fundamentally damaged the Battlefield brand, but I imagine that anyone who bought Battlefield 4 on launch day will be wary before picking up Battlefield 5.

It's hard to imagine how we find ourselves now so far from launch with problems like this still occurring on a regular basis, but Battlefield 4 does seem to be a special case. EA deserves credit for successfully launching both Titanfall and Plants vs. Zombies: Garden Warfare without any significant problems, but Battlefield 4 still stands as the crowning achievement in a striking series of online failures. Making comparisons across industries is a tricky game, but the fact remains that EA sold a fundamentally broken product for $60 and still haven't quite been able to make it work. It's like selling a chair with one leg and sending each customer one extra leg to make up for it.

**Comment Now**    **Follow Comments**

## PROMOTED STORIES


(http://www.rootinc.com/white_papers/mission-control-need-clearer-


(http://mashable.com/2014/06/14/lg-g3-review/)
Mashable

Recommended by

stronger communication
leaders-organization/)

**57% of US Workers
Don't Feel
Accountable for...**
(http://www.rootinc.com/white_papers/mission-
central-need-clearer


7-wealthiest-nfl-players-of-
all-time.html/) Street Cheat Sheet

**The 7 Wealthiest NFL
Players of All Time**
(http://wallstcheatsheet.com/sports/the-


**Ones is the
Prettiest, Curviest
Smartphone on**
(http://mashable.com/2014/08/01/lg-
g3-review/)

(http://www.stiebudgets.com/lifestyle/entertainment/2
celebrities-who-went-
bankrupt/17203) She Budgets

**15 Stars Who are
Bankrupt**
(http://www.shebudgets.com/lifestyle/entertainmen



(http://www.marketwatch.com/story/build-
up-your-own-etf-2013-10-
02)    MarketWatch - Other

**How to build your
own ETF**
(http://www.marketwatch.com/story/build-
up-your-own-etf-2013-10-
02)

(http://www.healthcentral.com/adhd/c/458335/161580/9
ways-teach-empathy-
children-adhd) HealthCentral

**9 Ways to Teach
Empathy to Children
with ADHD**
(http://www.healthcentral.com/adhd/c/458335/161580/9
ways-teach-empathy-
children-adhd)

(http://stylebistro.com/283941/tight-
tight-15-celebs-show-
much-bod-red-carpets/) Buzzer

**25 Celebrities Who
Show Too Much On
Red Carpet**
(http://stylebistro.com/283940/tight-
tight-15-celebs-show-
much-bod-red-carpets/)

(http://www.businessinsider.com/how-
10000-2014-1) Business Insider

**How To Invest $100,
$1,000, Or $10,000**
(http://www.businessinsider.com/how-
to-invest-100-1000-or-
10000-2014-1)

EXHIBIT C

**EUROGAMER.net**

- [Mass Effect 4: everything we know](#)All the latest information about the next Mass Effect.

- [Hearthstone: Naxxramas strategy guide](#)Now updated with our Plague Quarter guide.

- 
  20% OFF
  $39.99

[Sign in Create an account](#)
Login with Facebook

| Username |  |
| Password |  |

Log in  [Forgotten your details?](#)▲

Loading... hold tight!

- [Reviews](#)
- [News](#)
- [EG on YouTube](#)
- [Digital Foundry](#)
- [Release Dates](#)
- [EGX London](#)
- [EGX Rezzed](#)
- [Forum](#)

Search  Go

▷

- [Home](#)
- [News](#)

- PC
- PlayStation 3
- PlayStation 4
- Xbox 360
- Xbox One

# Battlefield 4 open beta release date announced

UPDATE: early access 1st Oct. Everyone else, 4th Oct.

- **Share on:**

Case3:13-cv-05837-SI    Document34    Filed07/31/14    Page55 of 70

- Facebook145
- Twitter39
- Google+
- Reddit

**By** Wesley Yin-Poole **Published** Tuesday, 17 September 2013

**UPDATE:** EA has clarified exactly when you'll be able to play the Battlefield 4 open beta.

Anyone can download and play the beta on PC, PlayStation 3 and Xbox 360 from 4th October.

However, you can gain early access from 1st October if:

- You pre-order the Battlefield 4 PC Digital Deluxe Edition from Origin
- You're a Battlefield 3 Premium member
- You're a registered owner of Medal of the Honor Warfighter Limited Edition or Digital Deluxe Edition

Meanwhile, EA has released a new Battlefield 4 multiplayer video, below, to get you in the mood.



**ORIGINAL STORY:** The Battlefield 4 open beta begins on 1st October on PC, PlayStation 3 and Xbox 360, EA has announced.

It features Conquest mode and Domination mode on the Siege of Shanghai map. Exclusive early access to the beta is, according to EA, open to:

- Those who pre-ordered the Battlefield 4 Digital Deluxe Edition on Origin.com
- Battlefield 3: Premium members
- Registered owners of the Medal of Honor Warfighter Limited Edition or Digital Deluxe Edition

EA is yet to announce when early access to the BF4 beta will begin.

Meanwhile, in a blog post on EA's website, COO Peter Moore confirmed release dates for the next generation versions of three of the company's multi-platform games.

Madden NFL 25, FIFA 14 and Battlefield 4 release on 19th November in North America and 21st November in Europe for Xbox One, and 12th November in North America and 29th November in Europe for PlayStation 4.

Case3:13-cv-05837-SI Document34 Filed07/31/14 Page56 of 70

So, effectively, all three games are next-gen launch titles on both PS4 and Xbox One.

Of course, the current generation version of these games go on sale before the next-gen versions. FIFA 14 on PC, PS3 and Xbox 360 goes on sale on 27th September. Battlefield 4 launches on PC, PS3 and Xbox 360 on 1st November in the UK.

As announced, EA has employed a promotion to encourage customers to upgrade from current-gen to next-gen. You can carry over content from the current-gen versions of BF4, FIFA 14 and Madden to their next-gen versions to, as Moore put it, "get a jump on the competition".

Inside marked physical copies of BF4 for PS3 there will be a voucher with a unique code printed on it. This code will allow you to buy a digital version of BF4 for PS4 via the PlayStation Store for £10.

In the UK, at GAME, you can trade in your PS3 or Xbox 360 version of BF4 and FIFA 14 and get £40 towards an upgrade for the PS4 or Xbox One version. You have to have bought the game in-store at GAME, though, and have proof of purchase.

- **Share on:**
- Facebook145
- Twitter39
- Google+
- Reddit

- **Games featured in this article**



## Battlefield 4

PC, Xbox One, PlayStation 4, Xbox 360, PlayStation 3

Follow 1,912

- Battlefield 4: Dragon's Teeth review
- Battlefield 4: China Rising review
- Battlefield 4: Second Assault review
- Battlefield 4 review



## FIFA 14

PlayStation 3, PlayStation 4, Xbox One, PC, Xbox 360

Follow 832

- FIFA 14 review



# Madden NFL 25

PlayStation 3, Xbox 360, Xbox One, PlayStation 4

Follow 12

Follow games you're interested in and receive emails or tweets the instant we publish new articles about them.





Buy online£22.95



## About Wesley Yin-Poole

Wesley is Eurogamer's news editor. He likes news, interviews, and more news. He also likes Street Fighter more than anyone can get him to shut up about it.

JO-ANN
fabric and craft stores

FREE SHIPPING +$50 ORDERS

Red Heart Comfort Yarn

Search   search

**Promoted stories**



**Is 2014 the Year We Hit the Technology Tipping Point?**
Work Intelligently



**Top 5 Laptops Perfect For Back To School**
AMD



**8 Ways Video Games Can Be Educational**
Education.com



**12 First-Person Shooters Every gamer needs to play**
Answers.com



**Asus MeMO Pad 7 With Intel® Atom™ Processor is a Steal**
LAPTOP Mag



**10 Video Games from the 1990s that Are Still Better than Games Today**
Answers.com

Recommended by

Subscribe to **The Eurogamer.net Daily**. The 10 most popular stories of the day, delivered at 5pm UK time. Never miss a thing.



JO-ANN
fabric and craft stores

FREE SHIPPING +$50 ORDERS

Red Heart Comfort Yarn

Search   search

Comments (64)

Comments for this article are now closed, but please feel free to continue chatting on the forum!

- · **Order**
  - ◦ Oldest
  - ◦ Newest
  - ◦ Best

Case3:13-cv-05837-SI    Document34    Filed07/31/14    Page59 of 70

- ◦ Worst
- 
  - ◦ **Score**
  - ◦ -25
  - ◦ -10
  - ◦ -1
  - ◦ 0
  - ◦ +1
  - ◦ +10
  - ◦ +25
- Managing Mother Base in Metal Gear Solid 5: The Phantom Pain Big Snake, little Snake inside an upgraded



cardboard box.



- adstomko , 11 months ago

I hope Battlefield doesn't turn into a Call Of Duty, selling a game every year & charging extra for loads & loads of maps. Plus, it will be great to see the consoles living up to the specs of the PC. 64 players (fingers crossed) should be spectacular, unlike 24 which ironically, isn't a battlefield Reply +24/28 -+ Edit Delete Ban

- Cringles88 , 11 months ago

Will have to juggle BF4 Beta & GTAV Online Reply +16/16 -+ Edit Delete Ban

- carlitoswagon , 11 months ago

Good to see it'll be a large Battlefield map so people will get a feel for being killed by vehicles, unlike Metro. Reply +7/13 -+ Edit Delete Ban

- TheEarlOfZinger , 11 months ago

@adstomko

64 is already confirmed. Reply +10/14 -+ Edit Delete Ban

- customfirmware , 11 months ago

"Also, retailers have various promotions to upgrade from current-gen to next-gen for around £10."

I'm still confused about this, will I be able to keep the game on ps3 if I choose to upgrade to the ps4 version? Reply 0/6 -+ Edit Delete Ban

- AgentDaleCooper , 11 months ago

The last minute changes to console hardware make me concerned for this game's looks and performance on those new systems. Battlefield 5 will likely be far more shiny and stable, which bugs because this looks spectacular, on PC.

/fussy gamer Reply +2/4 -+ Edit Delete Ban

- StooMonster , 11 months ago

@customfirmware No, because you have to have purchased it from them too.

Other articles have stated that you'll need your old PS3/360 copy and a receipt to trade-in for new platform versions for £10; I doubt very much a trade-in would let you keep the old copy. One question is whether you would be able to trade in a 360 copy for a discount on a PS4 game; but if you do, what happens to your DLC etc.

What will be interesting is how EA manage the same process on Origin — i.e. upgrade pricing — so say I've bought BF3 on Origin … will I be able to upgrade to the new game for £10? *

* This is what happens in non-games software, e.g. I upgraded some VMware licenses the other day: I could either pay full price for new (additional) licenses, or I could pay upgrade price and my old licenses disappeared and were replaced with new ones. Reply 0/2 -+ Edit Delete Ban



- adstomko , 11 months ago

@TheEarlOfZinger Good to hear. I think I'll make the purchase if I grab a new console Reply 0/2 -+ Edit Delete Ban

- TheDarkKnight , 11 months ago

Do you get early access if you are a BF Premium player?

Can't wait to try this out! Reply 0/2 -+ Edit Delete Ban

- dogmanstaruk , 11 months ago

@AgentDaleCooper Time will tell, but it will be interesting to see how BF4 stacks up against the PC.

I think the next gen versions will be fine, but my expectations are in check. Picking up the PC version anyway. Reply +3/3 -+ Edit Delete Ban

- SleepyDeathFred , 11 months ago

Slightly annoyed that you can't upgrade if you're switching consoles. Obviously I understand why you can't, but I'm upgrading from X360 to PS4 (probably like many) and though I'd quite like to buy BF4 on 360 I won't now. Reply +2/4 -+ Edit Delete Ban



- wyp100 Moderator, 11 months ago

@customfirmware I'll clear this up in an update to the article shortly Reply 0/0 -+ Edit Delete Ban



- wyp100 Moderator, 11 months ago

@TheDarkKnight I believe you do, yes Reply +1/1 -+ Edit Delete Ban

- andrewsqual , 11 months ago

So no NBA Live 14 for launch that was on this Launch Lineup list then? Is this the same for Need for Speed Rivals too then or is this only EA Sports games that Peter Moore looks after?

Case3:13-cv-05837-SI Document34 Filed07/31/14 Page62 of 70

http://www.eurogamer.net/articles/2013-08-21-playstation-4-launch-line-up-revealed Reply0/0-+ Edit Delete Ban

- aphex187 , 11 months ago

@adstomko DICE have gone on record recently and stated that they could not make a game on this scale every year, they just wouldn't have the time to do it 🙂 Reply+3/3-+ Edit Delete Ban

- mcmonkeyplc , 11 months ago

Time to upgrade that RAM! Reply-1/1-+ Edit Delete Ban

- VivaLaJam26 , 11 months ago

If Microsoft were to do what sony is with their Games on Demand service (buy current gen version, upgrade to next later for a small fee) then I'd buy Bf4 for 360.

But because all the retailers are saying "till the 31st December" I'm not too bothered, considering I was going to upgrade June time next year. Reply-1/1-+ Edit Delete Ban



- AlphaCookie , 11 months ago

@aphex187 No triple A dev does though. Besides, I am surprised what they can achieve in there dev cycle compared to other 2 year developers games. Reply0/0-+ Edit Delete Ban

- StooMonster , 11 months ago

@aphex187 Which is why Activision publish a CoD game every year, but use two different studios to develop them. Reply+2/2-+ Edit Delete Ban



- Ajent , 11 months ago

Second to last paragraph is a little unclear (or I'm just being thick). Is the £10 digital version on PS4, or is it simply a code to DL the PS3 version for convienience sake? <u>Reply</u>0/0<u>-+ Edit</u> <u>Delete</u> <u>Ban</u>

- <u>spacedmonkeys</u> , <u>11 months ago</u>

<u>@carlitoswagon</u> I honestly never understand why people clamour for large maps. Most of the time there is no action in the majority of the map. It is no fun being blown out of a helicopter/tank/jeep in the middle of a desert and having to trudge for 15 minutes to find some action. Much prefer the smaller maps and intensive modes on BF3 myself. <u>Reply</u>-6/6<u>-+ Edit</u> <u>Delete</u> <u>Ban</u>



- <u>arcam</u> , <u>11 months ago</u>

<u>@spacedmonkeys</u> *Most of the time there is no action in the majority of the map.*

Definitely not true with 64 players. <u>Reply</u>+4/4<u>-+ Edit</u> <u>Delete</u> <u>Ban</u>



- <u>RichyRichh77</u> , <u>11 months ago</u>

<u>@TheDarkKnight</u> Yes we do. 😀

<u>http://www.battlefield.com/battlefield-4/faq/beta</u>

Q: Who can access the exclusive Battlefield 4™ Beta?

A: There are several ways to get into the exclusive Battlefield 4™ Beta: By pre-ordering the Battlefield 4™ Digital Deluxe Edition on Origin.com, by being a Battlefield 3: Premium member, and by being a registered owner of Medal of Honor Warfighter Limited Edition or Digital Deluxe Edition. <u>Reply</u>+2/2<u>-+ Edit</u> <u>Delete</u> <u>Ban</u>

Case3:13-cv-05837-SI    Document34    Filed07/31/14    Page64 of 70



- [saintjw](#) , [11 months ago](#)

Noticed the BF4 BETA sat in my Origin games list last night. Said not available but hopefully will be able to pre-load before October 1st. [Reply](#)0/0[-+ Edit](#) [Delete](#) [Ban](#)



- [wyp100](#) Moderator, [11 months ago](#)

[@Ajent](#) PS4 - I'll make it clearer [Reply](#)0/0[-+ Edit](#) [Delete](#) [Ban](#)



- [RichyRichh77](#) , [11 months ago](#)

[@arcam](#) That is one of the reasons I cannot bring myself to buy the current-gen version. Playing Armoured Kill conquest on the 360 was utterly soul less as there weren't even enough vehicles for all players and as others have stated you could spend too much time sat on your own looking for something to kill. 🙄 Having seen the same maps running on PC with 64 players, it looks like a completely different game.

Don't get me wrong I've enjoyed the 500+ hours I've put into BF3, but with the player limitation and the lower graphical quality, I just could not buy the 360 version of BF4 knowing the next-gen version is just around the corner. [Reply](#)+4/6[-+ Edit](#) [Delete](#) [Ban](#)

- [TheDarkKnight](#) , [11 months ago](#)

[@RichyRichh77](#) @wyp100 Whoop whoop! [Reply](#)0/0[-+ Edit](#) [Delete](#) [Ban](#)

- Boycie86 , 11 months ago

  I bought the limited edition of MoH Warfigher for early access to the beta! Any mention of that!? Or should I needn't have bothered!? Reply +2/2 -+ Edit Delete Ban



- wyp100 Moderator, 11 months ago

  @Boycie86 trying to clear that up now Reply 0/0 -+ Edit Delete Ban



- neems , 11 months ago

  There will be an opportunity to preload the beta at the end of September (on PC at least) although it's only a day or two before it goes live. I actually found some info about this a couple of weeks ago, but for the life of me I can't remember where. Reply 0/0 -+ Edit Delete Ban



- RichyRichh77 , 11 months ago

  @Boycie86 Check out my first post with the link to the BF4 FAQ, which states access is granted by being a registered owner of Medal of Honor Warfighter Limited Edition or Digital Deluxe Edition. Reply 0/0 -+ Edit Delete Ban

- TheEarlOfZinger , 11 months ago

@adstomko    Case3:13-cv-05837-SI    Document34    Filed07/31/14    Page66 of 70

Fore sure - the ps3 / xbox360 version will be castrated. Reply+2/2-+ Edit Delete Ban



- obscured021 , 11 months ago

I never knew that the 360 and ps3 version of BF3 were stuck on 32 players, that must have sucked on the bigger maps, there are some 128 player servers for pc, but it gets pretty crazy on most maps. Reply0/0-+ Edit Delete Ban



- Ajent , 11 months ago

@wyp100 Cheers! Thanks for the clarification. Reply0/0-+ Edit Delete Ban



- arcam , 11 months ago

@obscured021 360 and PS3 actually only have max 24 players!

24 players on a Battlefield game is almost pointless IMO. They should have stuck with Bad Company until next-gen.

Console players who upgrade to Xbone or PS4 will basically be playing real Battlefield for the first time. It will be glorious. Reply+6/6-+ Edit Delete Ban

Case3:13-cv-05837-SI   Document34   Filed07/31/14   Page67 of 70



- 
  - Mobile
  - HD
- StaffContact usPolicy centreCookiesCorporate site
- Twitter Facebook RSS
- Gamer Network
  - 
    - Eurogamer.be
    - Eurogamer.cz
    - Eurogamer.de
    - Eurogamer.dk
    - Eurogamer.es
    - Eurogamer.fr
    - Eurogamer.it
    - Eurogamer.net
    - Eurogamer.nl
    - Eurogamer.pl
    - Eurogamer.pt
    - Brasilgamer.com.br

Case3:13-cv-05837-SI   Document34   Filed07/31/14   Page68 of 70

- GamesIndustry.biz
- Rock, Paper, Shotgun
- VG247.com
- VG247.it
- Modojo.com
- NintendoLife.com
- Video-Game-Wallpapers.com
- USgamer.net

- Hosted by dx.net



Loading…

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on July 31, 2014, I authorized the electronic filing of the foregoing with

3 the Clerk of the Court using the CM/ECF system which will send notification of such filing to the

4 e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I

5 caused to be mailed the foregoing document or paper via the United States Postal Service to the non-

6 CM/ECF participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on July 31, 2014.

9                                    s/ Matthew S. Melamed
                                MATTHEW S. MELAMED
10
                                ROBBINS GELLER RUDMAN
11                                  & DOWD LLP
                                Post Montgomery Center
12                              One Montgomery Street, Suite 1800
                                San Francisco, CA  94104
13                              Telephone:  415/288-4545
                                415/288-4534 (fax)
14                              E-mail:  mmelamed@rgrdlaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28

957474_1

Case3:13-cv-05837-SI   Document34   Filed07/31/14   Page70 of 70

# Mailing Information for a Case 3:13-cv-05837-SI Kelly v. Electronic Arts, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **James Neil Kramer**
  jkramer@orrick.com,jcopoulos@orrick.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SF@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Ekaterini Maria Polychronopoulos**
  katerinap@rgrdlaw.com

- **Lesley F. Portnoy**
  lfportnoy@pomlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,mmgoldberg@glancylaw.com,echang@glancylaw.com

- **Alexander K Talarides**
  atalarides@orrick.com

- **Robert P. Varian**
  rvarian@orrick.com,tscott@orrick.com,lpatts@orrick.com,bclarke@orrick.com,atalarides@orrick.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)