ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
MATTHEW S. MELAMED (260272)
EKATERINI M. POLYCHRONOPOULOS (284838)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
mmelamed@rgrdlaw.com

POMERANTZ LLP
JEREMY A. LIEBERMAN
LESLEY F. PORTNOY
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
lfportnoy@pomlaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ELECTRONIC ARTS, INC. SECURITIES LITIGATION | ) ) ) ) ) Master File No. 3:13-cv-05837-SI<br><br>CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT AND FOR BRIEFING ON DEFENDANTS' ANTICIPATED MOTION TO DISMISS |

978384_1

1      WHEREAS, on April 11, 2014, Court appointed Co-Lead Plaintiffs Ryan Kelly and Louis
2 Mastro (collectively, "Plaintiffs") filed a Consolidated Complaint for Violations of the Federal
3 Securities Laws (the "Consolidated Complaint") (Dkt. No. 20) against Defendants Electronic Arts,
4 Inc. ("Electronic Arts"), Andrew Wilson, Blake Jorgensen, Patrick Söderlund, Frank D. Gibeau,
5 Lawrence F. Probst III, and Peter Robert Moore (collectively, "Defendants"), alleging violations of
6 the Securities Exchange Act of 1934 on behalf of purchasers of Electronic Arts common stock
7 between May 8, 2013 and December 4, 2013;

8      WHEREAS, on October 20, 2014, the Court entered an order granting Defendants' motion to
9 dismiss Plaintiffs' Consolidated Complaint with leave to amend (Dkt. No. 45);

10      WHEREAS, the Court ordered that Plaintiffs must file an amended complaint by no later
11 than November 3, 2014 (*id*.);

12      WHEREAS, Plaintiffs would like to extend the deadline for filing an amended complaint by
13 approximately two weeks due to unforeseen scheduling conflicts, to November 18, 2014, and
14 counsel for Defendants have stipulated to the requested extension;

15      WHEREAS, Plaintiffs and Defendants have also agreed to a briefing schedule for
16 Defendants' anticipated motion to dismiss the amended complaint whereby Defendants' motion shall
17 be filed on or by December 23, 2014, Plaintiffs' opposition shall be filed on or by January 20, 2015,
18 and Defendants' reply shall be filed on or by February 3, 2015;

19      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
20 undersigned counsel, subject to approval of the Court:

21      The deadline for Plaintiffs to file an amended complaint and briefing schedule for briefing on
22 Defendants' anticipated motion to dismiss the amended complaint shall be as follows:

23   - Plaintiffs' amended complaint due November 18, 2014.
24   - Defendants' anticipated motion to dismiss due December 23, 2014.
25   - Plaintiffs' opposition to Defendants' motion to dismiss due January 20, 2015.
26   - Defendants' reply in support of their motion to dismiss due February 3, 2015.

27
28

978384_1  STIP AND [PROP] ORDER MODIFYING SCHEDULE TO FILE AN AMENDED
CMPT AND FOR BRFG ON DEFS' ANTICIPATED MTD- 3:13-cv-05837-SI     - 1 -

IT IS SO STIPULATED.

DATED: October 22, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
MATTHEW S. MELAMED
EKATERINI M. POLYCHRONOPOULOS

_s/ Matthew S. Melamed_
MATTHEW S. MELAMED

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

POMERANTZ LLP
JEREMY A. LIEBERMAN
LESLEY F. PORTNOY
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)

POMERANTZ LLP
PATRICK V. DAHLSTROM
10 South LaSalle Street, Suite 3505
Chicago, IL  60603
Telephone:  312/377-1181
312/377-1184 (fax)

Co-Lead Counsel for Plaintiffs

DATED: October 22, 2014

ORRICK HERRINGTON & SUTCLIFFE LLP
ROBERT P. VARIAN
JAMES NEIL KRAMER
ALEXANDER K. TALARIDES

_s/ Robert P. Varian_
ROBERT P. VARIAN

978384_1

STIP AND [PROP] ORDER MODIFYING SCHEDULE TO FILE AN AMENDED
CMPT AND FOR BRFG ON DEFS' ANTICIPATED MTD- 3:13-cv-05837-SI           - 2 -

| | |
|---|---|
|1| |
|2|405 Howard Street|
| |San Francisco , CA  94105|
|3|Telephone:  415-773-5700|
| |415-773-5759 (fax)|
|4|rvarian@orrick.com|
| |jkramer@orrick.com|
|5|atalarides@orrick.com|
|6|Attorneys for Defendants|

  I, Matthew S. Melamed, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Modifying Schedule for Plaintiffs to File an Amended Complaint and for Briefing on Defendants' Anticipated Motion to Dismiss.  In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Defendants, Robert P. Varian, concurs in this filing.

                                                       s/ Matthew S. Melamed
                                                       MATTHEW S. MELAMED

                                *     *     *

## O R D E R

  Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation is approved.  Hearing set: 2/13/15 @ 9 a.m.

  IT IS SO ORDERED.

DATED: 10/27/14                                       _____
                                                      THE HONORABLE SUSAN ILLSTON
                                                      UNITED STATES DISTRICT JUDGE

 The further case management conference shall be held on 2/13/15 at 3:00 p.m. instead of 1//23/15.

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 22, 2014.

            s/ Matthew S. Melamed
            MATTHEW S. MELAMED

            ROBBINS GELLER RUDMAN
              & DOWD LLP
            Post Montgomery Center
            One Montgomery Street, Suite 1800
            San Francisco, CA  94104
            Telephone:  415/288-4545
            415/288-4534 (fax)
            E-mail:mmelamed@rgrdlaw.com

978384_1

STIP AND [PROP] ORDER MODIFYING SCHEDULE TO FILE AN AMENDED CMPT AND FOR BRFG ON DEFS' ANTICIPATED MTD- 3:13-cv-05837-SI  - 4 -

# Mailing Information for a Case 3:13-cv-05837-SI Kelly v. Electronic Arts, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K. Blasy**
  mblasy@rgrdlaw.com

- **Patrick V. Dahlstrom**
  pdahlstrom@pomlaw.com

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Michael M. Goldberg**
  mmgoldberg@glancylaw.com,csadler@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **James Neil Kramer**
  jkramer@orrick.com,jcopoulos@orrick.com

- **Jeremy A Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Matthew Seth Melamed**
  mmelamed@rgrdlaw.com,e_file_SF@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Ekaterini Maria Polychronopoulos**
  katerinap@rgrdlaw.com

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,mmgoldberg@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Alexander K Talarides**
  atalarides@orrick.com

- **Robert P. Varian**
  rvarian@orrick.com,tscott@orrick.com,lpatts@orrick.com,bclarke@orrick.com,atalarides@orrick.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,smorris@rgrdlaw.com,erinj@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`