UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**Judge:** SUSAN ILLSTON

**Date:** April 24, 2015                              **Time in Court:** 45 minutes

**Case No.:** C 13-05837 SI

**Case Title:** Kelly v. Electronic Arts, Inc., et al

**Appearances:**

    For Plaintiff(s): Matthew Melamed, Willow Radcliffe, Katerina Polychronopoulos

    For Defendant(s): Alex Talarides, Robert Varian

**Deputy Clerk:** Corinne Lew                **Court Reporter:** Rhonda Aquilina

## PROCEEDINGS

Defendants' Motion to Dismiss [#53] Hearing Held.

## SUMMARY

MOTION/MATTER:  ( ) Granted
                ( ) Denied request for Preliminary Injunction.
                ( ) Granted in part/Denied in part
                **(X) Taken under submission**
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by:         ( ) Plaintiff    ( ) Defendant    **(X) Court**