UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN KELLY, *et al*.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ELECTRONIC ARTS, INC., *et al*.,<br><br>　　　　　Defendants. | Case No. 13-cv-05837-SI<br><br>**JUDGMENT** |

　　　　The Court has dismissed the amended consolidated complaint without leave to amend. Judgment is hereby entered against plaintiffs and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 30, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge